**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                              (State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | The Mitchell Gold Co., LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Mitchell Gold + Bob Williams <br> Mitchell Gold + Bob Williams Home Furnishings <br> MG + BW <br> Mitchell Gold |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 5 6 – 1 6 7 8 9 4 2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 135 One Comfortable Place <br> Number    Street | _____ <br> Number    Street |
| _____ | P.O. Box _____ |
| Taylorsville        NC      28681 <br> City              State    ZIP Code | _____ <br> City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Alexander <br> County | _____ <br> Number    Street |
| | _____ |
| | _____ <br> City              State    ZIP Code |

5. **Debtor's website** (URL)    www.mgbwhome.com

Debtor  **The Mitchell Gold Co., LLC**                               Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _3_ _3_ _7_ _1_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  The Mitchell Gold Co., LLC          Case number (if known) _____
      Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When __/__/____ Case number _____
                              MM / DD / YYYY
       District _____ When __/__/____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __SG-TMGC, LLC__  Relationship __Affiliate__
       District __Delaware__  When __8/31/2023__
                                    MM / DD / YYYY
       Case number, if known __23-11364__

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
              Number    Street

    _____
    _____    _____ _____
    City                     State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

Debtor   The Mitchell Gold Co., LLC
         _____
         Name

Case number (*if known*)_____

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000<br>☐ 50-99   ☐ 5,001-10,000   ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000   ☐ More than 100,000<br>☒ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☒ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☒ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2023
             _____
             MM  /  DD  /  YYYY

✘ /s/ David Rogalski                               David Rogalski
  _____               _____
  Signature of authorized representative of debtor   Printed name

  Title   Chief Financial Officer

Debtor    The Mitchell Gold Co., LLC                                      Case number (if known)_____
         Name

18. **Signature of attorney**    ✗  /s/ Robert J. Dehney                Date    09/06/2023
                                    Signature of attorney for debtor             MM  / DD  / YYYY

                                 Robert J. Dehney
                                 Printed name
                                 Morris, Nichols, Arsht & Tunnell LLP
                                 Firm name
                                 1201 N. Market Street
                                 Number     Street
                                 Wilmington                              DE          19801
                                 City                                    State       ZIP Code

                                 302-658-9200                            rdehney@morrisnichols.com
                                 Contact phone                           Email address


                                 3578                                    DE
                                 Bar number                              State

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **5**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THE MITCHELL GOLD CO., LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-\_\_\_\_\_ (\_\_\_) |

## CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY SECURITY HOLDERS

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure and rule 1007-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, The Mitchell Gold Co., LLC hereby states that it is 100% owned by SG-TMGC, LLC.

---

[1] The last four digits of the Debtor's federal EIN are 8942. The Debtor's mailing address is 135 One Comfortable Place, Taylorsville, North Carolina 28681.

# CONSENT AND RESOLUTIONS OF THE BOARD OF MANAGERS

## OF

## THE MITCHELL GOLD CO., LLC

Given the recent unexpected actions in curtailing The Mitchell Gold Co., LLC ("Company") funding taken by the Company's lender, PNC Bank, National Association, the Managers adopted the following Resolutions on September 6, 2023 by unanimous consent.

**RESOLVED** that, in the business judgment of the Board of Managers of the Company, due to the circumstances affecting the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, customers and other interested parties that a petition should be filed by the Company seeking relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"), and the filing of such petition is authorized hereby; and it is further

**RESOLVED** that each of the Chief Executive Officer and President and Chief Financial Officer and Secretary, duly elected Officers of the Company (each an "Authorized Officer") in such capacity individually are hereby authorized, empowered and directed on behalf of the Company to execute, deliver and verify a petition in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine appropriate, and the execution and delivery thereof by such Authorized Officer shall be conclusive evidence of such Authorized Officer's determination and the Managers approval thereof; and it is further

**RESOLVED** due to the circumstances affecting the Company and the position in which it has been placed, has decided to authorize the creation of the position of Chief Restructuring Officer, with such officer having the primary responsibilities of carrying out the duties and handling the affairs of the Company as directed by the Chief Executive Officer or the Board of Managers (all subject to fiduciary duties as a Company officer to the Board with regular reporting to the Board) without authority to otherwise bind the Company in any way, all as to be memorialized in a separate agreement to be entered in conformance herewith. Further, the board hereby authorizes the appointment of Dalton Edgecomb, and authorizes Chris Moye, as Chief Executive Officer (as "Authorized Officer"), to finalize the negotiation of terms of a contract with Riveron for such purposes; and it is further

**RESOLVED** that any Authorized Officer, be and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, deliver, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, in such form as any

Authorized Officer shall determine appropriate, such execution, delivery, verification and/or filing to be conclusive evidence of such Authorized Officer's determination and this Board's approval thereof and in that connection to employ and retain all assistance by legal counsel, accountants and other professionals and to take any and all action which he deems necessary or proper in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and it is further

**RESOLVED** that any Authorized Officer in the name and on behalf of the Company be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate post-petition debtor-in-possession financing on behalf of the Company and to file or cause to be filed a motion with the Bankruptcy Court seeking approval of such financing; and it is further

**RESOLVED** that any Authorized Officer in the name and on behalf of the Company be, and each of them, acting alone or in any combination, hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate a sale or sales of some or all of the assets of the Company and to file or cause to be filed a motion with the Bankruptcy Court seeking approval of such sale or sales; and it is further

**RESOLVED** that the Company ceased accepting customer deposits at all locations and online the morning of August 25, 2023, upon PNC's denial of funding; and it is further

**RESOLVED** that store managers were therefore instructed to no longer accept deposits or payments from customers for any items other than those which can be carried out of the stores by the customers (including the next available day); and it is further

**RESOLVED** the Company continued to operate its business, including the retail locations, distribution center and outlets through at least August 25, 2023, and the factory through the morning of August 25, 2023, so that local management could secure the assets of the Company, which directly benefited creditors. The Managers discussed a temporary closure of retail stores but not a permanent closure with layoffs which in their good faith business judgment allowed certain designated employees, under direction of management, to possibly continue employment as believed needed to pursue an orderly liquidation based on a received proposal that required the stores to remain open;

**RESOLVED** that wages and other compensation were believed to have been secured from PNC based on numerous conversations, then relayed to employees in good faith, but were then rejected as of September 1, 2023 and subsequently.

**RESOLVED** that the Company had previously provided notice as required by the Worker Adjustment and Retraining Notification (WARN) Act beginning on August 26, 2023, and it is further

**RESOLVED** that the Company will continue to operate as long as it is financially able to do so for the good faith benefit of and to maximize value for its customers,

employees and creditors given that its lender, PNC Bank, National Association, has on August 23, 2023 and through August 25 verbally, stated that it will not commit to fund the Company's operations, as a going concern or for an orderly sale or liquidation despite repeated requests through August 25, 2023 and after, and PNC has accelerated all obligations as of September 1, 2023, and it is further

**RESOLVED** that the Company has preliminarily secured Debtor In Possession financing in order as it is able to preserve its assets and has received multiple third party expressions and indications of interest for groups of assets and individual assets and believes there is value in its assets including leaseholds, equipment and intellectual property in an amount sufficient to pay off any obligations to senior lender whose liens shall attach to proceeds; and it is further

**RESOLVED** the Authorized Officers are authorized to take steps as may be available to protect customers with orders for goods that have not been delivered to which they may have title; and it is further

**RESOLVED** that the law firm of Rayburn Cooper & Durham, P.A., 227 West Trade Street, Suite 1200, Charlotte, North Carolina 28202, is hereby employed as attorneys for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as any Authorized Officer shall approve and said firm shall agree; and it is further

**RESOLVED** that the law firm of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market St., 16th Floor, Wilmington, Delaware, 19899, is hereby employed as attorneys for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as any Authorized Officer shall approve and said firm shall agree; and it is further

**RESOLVED** that Rose Law Firm, a Professional Association, 120 East Fourth Street, Little Rock, Arkansas, 72201, is hereby employed as corporate counsel for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as any Authorized Officer shall approve and said firm shall agree; and it is further

**RESOLVED** that Lowenstein Sandler, One Lowenstein Drive, Roseland, New Jersey, 07068, is hereby employed as special litigation counsel for the Company in the Chapter 11 Case and in related matters, on such terms and conditions as any Authorized Officer shall approve and said firm shall agree; and it is further.

**RESOLVED** that the consulting firm of Riveron RTS, LLC 2515 McKinney Ave., Suite 1200, Dallas, TX 75201, may be employed in the discretion of the Board as consultants and financial advisors for the Company in the Chapter 11 case and in related matters, on such terms and conditions as any Authorized Officer of the Company shall approve and said firm shall agree; and it is further

**RESOLVED** that the consulting firm of Stump & Company, 2101 Rexford Road-Suite – Suite 134E, Charlotte, North Carolina 28211, may be employed in the discretion of the Board as consultants and financial advisors for the Company in the Chapter 11 case and in related matters, on such terms and conditions as any Authorized Officer of the Company shall approve and said firm shall agree; and it is further

**RESOLVED** that an asset disposition firm to be selected by the Company may be employed as consultant for the Company in the Chapter 11 case and in related matters, on such terms and conditions as any Authorized Officer of the Company shall approve and said firm shall agree; and it is further

**RESOLVED** that any Authorized Officer be, and hereby is, authorized on behalf of and in the name of the Company, as debtor and debtor-in-possession, to enter into and to execute and deliver such agreements, instruments and any and all other documents and amendments that any Authorized Officer determines necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions; and it is further

**RESOLVED** that any Authorized Officer be, and hereby is, authorized, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to enter into and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, as any Authorized Officer shall determine necessary, proper or desirable, such taking of action and/or execution and/or delivery of such documents to be conclusive evidence of such Authorized Officer's determination and this Board's approval thereof and it is further

**RESOLVED** that all actions previously taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved as acts of the Company; and it is further

**RESOLVED** that the Board hereby confirms that these resolutions supersede any prior resolutions of the Board, if any, that are inconsistent with these resolutions solely to the extent of any such inconsistency; and it is further

**RESOLVED** that the Board hereby authorizes the Secretary or any Assistant Secretary of the Company to make such corrective or minor modifications or additions to the foregoing resolutions as shall be deemed necessary or appropriate, so long as the resolutions, as so modified or supplemented, effect the intent and purposes of these resolutions; and it is further

**RESOLVED** that these resolutions may be executed in one or more counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same instrument for purposes of these resolutions, a facsimile copy, an email of a PDF file containing a copy of the signature page or the electronic signature of any

person executing these resolutions shall be effective as an original signature and effective as an execution counterpart thereof; and it is further

**RESOLVED** that these resolutions shall be recorded as minutes of the Board.

**Fill in this information to identify the case:**

Debtor name  The Mitchell Gold Co., LLC, et al.

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Transportation Insight<br>P.O. Box 890702<br>Charlotte, NC  28289 | | Trade Debt | | | | $3,917,554.29 |
| 2 | Nahan Printing, Inc.<br>P.O. Box 697<br>Saint Cloud, MN  56302-0697 | | Trade Debt | | | | $554,589.84 |
| 3 | Ryder Last Mile, Inc.<br>P.O. Box 854846<br>Minneapolis, MN  55485-4846 | | Trade Debt | | | | $490,940.22 |
| 4 | Need It Now<br>98 Alco Place<br>Baltimore, MD  21227 | | Trade Debt | | | | $490,306.44 |
| 5 | Cigna<br>P.O. Box 644546<br>Pittsburgh, PA  15264-4546 | | Trade Debt | | | | $419,864.25 |
| 6 | Interstate Foam & Supply Inc.<br>P.O. Box 338<br>Conover, NC  28613 | | Trade Debt | | | | $385,843.04 |
| 7 | Cylindo<br>87 Summer St., 2nd Floor<br>Boston, MA  02110 | | Trade Debt | | | | $316,032.42 |

Debtor    **The Mitchell Gold Co., LLC, et al.**           Case number (*if known*)_____
          Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 8 | Danao Living (LK Design Inc.) 13430 N. Scottsdale Rd. #108 Scottsdale, AZ 85254 | | Trade Debt | | | | $303,701.78 |
| 9 | Carpenter P.O. Box 75252 Charlotte, NC 28275 | | Trade Debt | | | | $297,555.66 |
| 10 | J.B. Hunt 150 Meadowlands Parkway 4th Floor Secaucus, NJ 07094 | | Trade Debt | | | | $284,381.10 |
| 11 | Global Response 777 S. State Rd. 7 Margate, FL 33068 | | Trade Debt | | | | $284,344.08 |
| 12 | Moore & Giles P.O. Box 670 Forest, VA 24551 | | Trade Debt | | | | $277,984.47 |
| 13 | Fenom Digital LLC 20 Forrest Ave. Rumson, NJ 07760 | | Trade Debt | | | | $238,565.24 |
| 14 | Healthstat Inc. Dept Ch 18165 Palatine, IL 60055 | | Trade Debt | | | | $218,083.71 |
| 15 | Ideal Frames d/b/a Ideal Frame P.O. Box 935 Taylorsville, NC 28681 | | Trade Debt | | | | $184,092.98 |
| 16 | Carolina Casting Inc. P.O. Box 7091 High Point, NC 27264 | | Trade Debt | | | | $175,206.96 |
| 17 | Hudson Valley Lighting Group 151 Airport Drive Wappinger Falls, NY 12590 | | Trade Debt | | | | $173,758.84 |
| 18 | Locke (HK) Company Limited Lot L_CN, D9 Street, My Phuoc Industrial Park, Thoi Hoa Ward, Ben Cat Town, Binh Duong Province, Vietnam | | Trade Debt | | | | $167,756.00 |
| 19 | Ramsey's Finishing Inc. 3060 Main Ave. SE Hickory, NC 28602 | | Trade Debt | | | | $166,361.15 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims          page 2

Debtor    The Mitchell Gold Co., LLC, et al.                                  Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 Kravet Inc. P.O. Box 550 Hauppauge, NY 11788 | | Trade Debt | | | | $153,616.50 |
| 21 Queen Transportation LLC P.O. Box 2371 Catawba, NC 28602 | | Trade Debt | | | | $153,272.52 |
| 22 Hilco Merchant Resources 5 Revere Dr., Ste 206 Northbrook, IL 60062 | | Trade Debt | | | | $152,362.40 |
| 23 Harlee Packaging Components 2715 Campground Road Granite Falls, NC 28630 | | Trade Debt | | | | $139,509.68 |
| 24 Surya Carpet Inc. P.O. Box 896604 Charlotte, NC 28289-6604 | | Trade Debt | | | | $138,026.65 |
| 25 Stone & Leigh d/b/a Stone & Leigh Upholstery 1020 North Green St. Morganton, NC 28655 | | Trade Debt | | | | $136,161.13 |
| 26 Framewright Inc. P.O. Box 1390 Conover, NC 28613 | | Trade Debt | | | | $136,146.00 |
| 27 Phuc Thang Fine Furniture 8, Street No. 22 Song Than 2 Industrial Park Di An, Bing Duong Province Vietnam | | Trade Debt | | | | $135,657.00 |
| 28 Global Textile Alliance Inc. 2361 Holiday Loop Road Reidsville, NC 27320 | | Trade Debt | | | | $129,274.06 |
| 29 Content Square 5 Boulevard De La Madeleine 75001 Paris, France | | Trade Debt | | | | $125,535.18 |
| 30 H. Nicholas & Co. Joint Stock Company Parcel land #462, Map sheet #49, Quarter 8, Uyen Hung Ward, Tan Uyen City, Binh Duong Province, Vietnam | | Trade Debt | | | | $123,401.93 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 3

**Fill in this information to identify the case and this filing:**

Debtor Name: The Mitchell Gold Co., LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/6/2023
MM / DD / YYYY

X  /s/ David Rogalski
Signature of individual signing on behalf of debtor

David Rogalski
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors