**EXHIBIT A**

# Mitchell Gold +Bob Williams

## TERMS OF SALE

### PURCHASES
- Purchase/order placement represents acceptance of all terms and conditions set forth herein.
- If Mitchell Gold + Bob Williams, in its sole discretion, accepts partial payment in advance for an order, any balance will be automatically charged (to the credit card provided at the time of original purchase) when the merchandise is ready to be shipped from our North Carolina facilities to your local market.
- Failure to pay the full purchase amount when due shall be deemed a cancellation of the order. The initial payment shall be forfeit and you will remain responsible and liable for the remaining amounts, subject to the cancellation provisions below with respect to the particular type of item.
- Mitchell Gold + Bob Williams reserves the right to ship goods to Customer as they become available. Customer agrees to accept shipment of these goods as they are available to deliver.
- Purchase/order placement represents acceptance of all terms and conditions set forth herein.

### SPECIAL ORDERS
- Custom, made to order furniture orders can be cancelled or modified one time within 48 hours from order placement. After 48 hours from order placement, there is no option to cancel or modify special orders, and special orders cannot be returned.

### SPECIAL COLLECTIONS: KRAVET FABRICS
- Custom furniture with any fabrics from the Kravet collection cannot be cancelled, modified, returned, or placed on hold once the order is placed.

### PRICE ADJUSTMENTS / RETURNS / CANCELLATIONS
- Mitchell Gold + Bob Williams will honor price adjustments to special orders and stock items for up to 21 days after date of purchase.
- Custom upholstery orders cannot be returned or cancelled. You may cancel an order of a stocked item prior to shipment; after the merchandise ships, however, the order cannot be cancelled.
- Stocked merchandise (other than accessories, see below) can be cancelled or returned for a restocking fee of 25%, loss of delivery fee, and pick up fee, if applicable, and the return shipping will be the responsibility of the purchaser. Please check with us prior to placing your order to learn if a restocking fee will apply.
- All returns must be received in original condition and made within 21 days from delivery.
- Upon receipt of the return and item inspection, refund determination will be based on the item purchase price only. Any taxes charged will be refunded in accordance with state laws. Shipping charges are nonrefundable.
- Cancellations or returns made within 48 hours from order placement will be credited in the original form of payment, less applicable restocking, delivery, and pick up fees
- "Final Sale" and items ordered from our "Online Clearance" store are final sales and cannot be returned.

### DELIVERY / PICK UP
- Measurements for MG+BW items purchased have been provided to Customer. Customer Is solely responsible for verifying that all items are deliverable into Customer's residence prior to purchase. No exchanges or returns will be allowed, outside of existing return policy, due to Items not fitting Into customer's space.
- Customer agrees to accept delivery or arrange for pick up within 30 days of the order being available. After 30 days of the order being available for delivery or pick up, the Customer understands and agrees to a 5% storage fee, per month, for the cost of any and all goods for up to 3 months. The Customer must arrange pick up or delivery no later than 3 months from date of availability. After 3 months, Customer's order will be deemed

- cancelled and abandoned, and Customer will remain responsible for any applicable cancellation and storage fees. If order is deemed cancelled and abandoned, Mitchell Gold + Bob Williams will refund the amounts paid by Customer, less applicable restocking, cancellation and storage fees, to the original form of payment for any items that qualify for return under our terms of sale.
- Merchandise will ship via Fed-Ex, UPS, or a freight carrier, at the discretion of Mitchell Gold + Bob Williams. Mitchell Gold + Bob Williams currently ships only within the contiguous United States (apologies to our friends in Alaska, Hawaii and beyond). Please be aware that freight delivery is typically four to eight weeks from date of shipment. UPS and Fed--Ex orders are shipped via ground delivery service.
- Delivery charges are nonrefundable for unsuccessful attempted deliveries (i.e., Customer is not at delivery address during agreed date/time, merchandise which does not fit into building/residence), or delivery is cancelled less than 24 hours from scheduled delivery time. An additional delivery fee will be required.
- Mitchell Gold + Bob Williams is not responsible for delays in deliveries due to out-of-stock raw materials, materials delayed from vendors, force majeure, or any other cause beyond the control of Mitchell Gold + Bob Williams.

ACCESSORIES
- Accessory purchases can be returned/exchanged for a full refund within 21 days from date of delivery.
- The return shipping, if applicable, will be the responsibility of the purchaser.

LINENS
- Linens unused and in original packaging can be returned for a full refund within 21 days from date of delivery. Used or opened linens are not eligible for return or refund.
- The return shipping, if any, will be the responsibility of the purchaser.
- Custom or monogrammed orders are not returnable

DRAPERY
- Custom Drapery orders cannot be returned or cancelled.
- Drapery Hardware is treated as stocked merchandise and can be canceled or returned for a restocking fee of 25%, plus loss of delivery and pick up fee.
- All returns must be received in original condition and made within 21 days from delivery.

DREAM MATTRESS COLLECTION / 120 DAY TRIAL
- Complimentary 120-day trial from date of delivery on any mattress purchase. There are two refund options: exchange for full store credit (less delivery) or return for 25% restocking fee (less delivery).
- The return shipping will be the responsibility of the purchaser.

DEFECTIVE & DAMAGED MERCHANDISE
- In the unlikely event of receiving defective or damaged merchandise, please contact us immediately upon receipt by phone at 828.944.8413 or by email at wecare@mgbwhome.com. Failure to provide immediate notification may jeopardize your ability to be compensated for the damage.
- Any manufacturing defect will be handled pursuant to the Mitchell Gold + Bob Williams Limited Warranty (see "MANUFACTURER'S WARRANTY" below)

CHARGES / REFUNDS
- Customer authorizes, understands and agrees that all charges, balances, and fees as outlined in the Terms of Sale can be charged to Customer's credit card provided at time of sale.
- Customers will be responsible for all applicable taxes regardless of the amount quoted at the time the order is placed.

- All refunds will be issued in the original form of payment. Check or cash refunds will be issued in the form of a check and will be mailed to the Customer within 10 days of cancelled goods returning to the possession of Mitchell Gold + Bob Williams.

MANUFACTURER'S WARRANTY

- Mitchell Gold + Bob Williams will honor the warranty provided at www.mgbwhome.com/our-warranty.html.

MODIFICATION OF TERMS AND PRODUCT AVAILABILITY, PRICING AND DELIVERY

- We reserve the right to update or modify these terms and our policies at any time, so please review these terms and all related policies prior to making any purchase from us.
- Availability, price and delivery are subject to change. We make every effort to provide accurate product information, however errors may occur. Therefore, product availability, descriptions, specifications and pricing are subject to change, and we reserve the right to restrict orders of any items.

STATUS / DELIVERY UPDATES

- For all order status updates, please contact us by email at wecare@mgbwhome.com. For delivery updates, please contact Delivery Support at deliverysupport@mgbwhome.com

MG+BW COMFORT CLUB®

- If Customer joins the MG+BW Comfort Club, Customer agrees to the MG+BW Comfort Club Terms & Conditions, available in-store and at https://www.mgbwhome.com/comfort-club-terms-and-conditions.html ==[For online version, make this an active hyperlink.]==

==[For online version, signature/date should be replaced by a checkbox/click-through acceptance, and record-keeping on the back-end].==

SIGNATURE _____     DATE _____