# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE MITCHELL GOLD CO., LLC, | ) Case No. 23-11385 (LSS) |
| Debtor | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "**Texas Comptroller**") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
Attorney General's Office
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX 78711-2548
courtney.hull@oag.texas.gov

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

ANGELA COLMENERO
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

RACHEL OBALDO
Chief for Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
COURTNEY J. HULL
Assistant Attorney General
Courtney.hull@oag.texas.gov
Texas State Bar No. 24039230
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel: (512) 475-4863
fax: (512) 936-1409

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

The Mitchell Gold Col, LLC
135 One Comfortable Place
Taylorsville, NC 28681

By Electronic Means as listed on the Court's ECF Noticing System:

- **Charles E. Boulbol** rtrack@msn.com, rtrack@verizon.net
- **Dustin Parker Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com;simonjm@ballardspahr.com
- **John T. Carroll** jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com
- **Linda J. Casey** Linda.Casey@usdoj.gov
- **Robert J. Dehney** rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Epiq Corporate Restructuring, LLC** rjacobs@ecf.epiqsystems.com
- **Michael Seth Etkin** metkin@lowenstein.com
- **Justin Cory Falgowski** jfalgowski@burr.com
- **Tara L. Grundemeier** houston_bankruptcy@lgbs.com
- **Evanthea Hammer** ehammer@morrisnichols.com, evanthea-hammer-5683@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Leslie C. Heilman** heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- **James E. Huggett** jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com
- **Michael A. Kaplan** mkaplan@lowenstein.com, emannix@lowenstein.com;lsklar@lowenstein.com
- **Regina S. Kelbon** kelbon@blankrome.com
- **David M. Klauder** dklauder@bk-legal.com, DE17@ecfcbis.com
- **John E. Lucian** john.lucian@blankrome.com
- **Eric J. Monzo** emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Julie Anne Parsons** jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen N. Pate** bk@bpretail.com
- **Shane G Ramsey** shane.ramsey@nelsonmullins.com, jennifer.murray@nelsonmullins.com

3

- **Reliable Companies** gmatthews@reliable-co.com
- **Andrew R. Remming** aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Laurel D. Roglen** roglenl@ballardspahr.com, carbonej@ballardspahr.com
- **Eric Lopez Schnabel** de.ecf@Dorsey.com
- **Stanley B. Tarr** stanley.tarr@blankrome.com
- **Lawrence Raymond Thomas** lorenzo.thomas@blankrome.com
- **Ronald Mark Tucker** rtucker@simon.com, bankruptcy@simon.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Margaret A. Vesper** vesperm@ballardspahr.com

*/s/ Courtney J. Hull*
COURTNEY J. HULL