Eve Callahan and Scott Taylor
3505 SE 11th Avenue
Portland, Ore. 97202

September 18, 2023

Honorable Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

RE: The distribution of previously paid for Mitchell Gold and Bob Williams orders in Case #: 1:23-bk-11385

Dear Judge Selber Silverstein:

This afternoon, we called Ryder Last Mile to schedule delivery of the Mitchell Gold order we placed and paid for on February 8th, 2023. To our shock and dismay, we were told that Mitchell Gold and Bob Williams had filed for bankruptcy and Ryder could not release the items to us or schedule delivery.

We recognize that bankruptcy is a complex process and there are many parties involved. However, our position - and those like us who are waiting for delivery of items already purchased - seems different than most. The items we're hoping to receive are sitting in a Ryder warehouse a few miles from our home in Portland ready for delivery (also paid for in February) after being wholly purchased by us. We paid in full for these items back in February - in good faith that they would be produced as ordered, which they've been - and are the sole owners.

As you consider how to handle this situation, we hope you will consider the unique injustice of our position. While the items are currently located in a Ryder warehouse, they are not as far as we can tell assets of Mitchell Gold or PNC or anyone else: we paid in full for them, including delivery, and simply want to receive them. We have paid both for the items themselves and for the delivery service; it's unreasonable and unjust for Mitchell Gold or PNC to take both our payment and the products.

Enclosed you'll find a copy of the invoice, which shows the following items purchased and paid for:
- Two Hunter 85" sofas
- One jute rope stool
- One teak ladder
- Two woven banana leaf baskets

- One five year warranty

It is our understanding that you are the only party able to release these purchased and paid-in-full items to us and we write to you with the strong hope you will see fit to do so.

If we can provide any additional information please don't hesitate to contact us by phone or email. Thank you for your consideration.

Sincerely,

Eve Callahan Scott Taylor
503-880-2407 503-754-6051
evecallahan@gmail.com
scottko@comcast.net

# Mitchell Gold +Bob Williams

135 ONE COMFORTABLE PL
TAYLORSVILLE NC  28681

| Sales Order |
|---|
| 9051318591 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 11/23/22 |

| Sold To |
|---|
| EVE CALLAHAN<br>3505 SE 11TH AVE<br>PORTLAND, OR 97202<br>Home: 503 727-4188<br>evecallahan@umpquabank.com |

| Ship To |
|---|
| EVE CALLAHAN<br>3505 SE 11TH AVE<br>PORTLAND, OR 97202<br>evecallahan@umpquabank.com<br>Home: 503 727-4188  Cell: 503 880-2407 |

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | KFVR | 501300286 | 905 |
| | **Printed:** 11/23/22 07:35PM | | | |
| D - Delivery | PRODUCTION/DELIVERY 20 WEEKS | | | |

https://r.mgbw.com/CustomerAccount/OrderPayment/OTA1MTMxODU5MQ==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 1 | COMFORT_CLUB<br>BRAND: 1000 | COMFORT CLUB | 1 | RETAIL PRICE: | $150.00 |
| | | FREE COMFORT CLUB MEMBERSHIP | | NET EXT PRICE: | $0.00 |
| 2 | 1666-7203-SC<br>BRAND: MTO | HUNTER STUDIO 85 SOFA LONG SC BNCH~N/WELT | 2 | RETAIL PRICE: | $1,994.00 |
| | | 30% FRIENDS AND FAMILY MEMBERS | | YOUR PRICE: | $2,791.60 |

Base Cover: 104677 -  9 -  PERF LINEN-SILVER

| 3 | 1666-7003M<br>BRAND: MTO | HUNTER STUDIO 85 SOFA BASE BNCH-CUSH BASE | 2 | RETAIL PRICE: | $2,814.00 |
|---|---|---|---|---|---|
| | | 30% FRIENDS AND FAMILY MEMBERS | | YOUR PRICE: | $3,939.60 |

Base Cover: MUS -  MUS -  MUSLIN
Cushion Fill: SIG -  SIGNATURE POLY
Leg Finishes: 8 -  NATURAL

# Mitchell Gold +Bob Williams

135 ONE COMFORTABLE PL
TAYLORSVILLE NC  28681

| Sales Order |
|---|
| 9051318591 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 11/23/22 |

**Sold To**
EVE CALLAHAN
3505 SE 11TH AVE
PORTLAND, OR 97202
Home: 503 727-4188

evecallahan@umpquabank.com

**Ship To**
EVE CALLAHAN
3505 SE 11TH AVE
PORTLAND, OR 97202
evecallahan@umpquabank.com
Home: 503 727-4188  Cell: 503 880-2407

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | KFVR | 501300286 | 905 |

**Printed: 11/23/22 07:35PM**

| D - Delivery | PRODUCTION/DELIVERY 20 WEEKS |
|---|---|

https://r.mgbw.com/CustomerAccount/OrderPayment/OTA1MTMxODU5MQ==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 4 | 11663-STL<br>BRAND: 1000 | JUTE ROPE STOOL | 1 | RETAIL PRICE: | $193.00 |
| | | 40% OFF OVERSTK CLUB MEM | | YOUR PRICE: | $115.80 |
| 5 | AC13409BTH<br>BRAND: 1000 | TEAK LADDER | 1 | RETAIL PRICE: | $200.00 |
| | | 40% OFF OVERSTK CLUB MEM | | YOUR PRICE: | $120.00 |
| 6 | AC13014BSK<br>BRAND: 1000 | WOVEN BANANA LEAF BASKET - S | 2 | RETAIL PRICE: | $38.10 |
| | | | | NET EXT PRICE: | $76.20 |
| 7 | 61-PRFU-0094-PREML1<br>BRAND: 1000 | WP PREMIUM FURNITURE W/PWR 5YR | 5 | RETAIL PRICE: | $135.80 |
| | | | | NET EXT PRICE: | $679.00 |

Merchandise: $7,722.20
Delivery Charge: $499.00

# Mitchell Gold +Bob Williams

135 ONE COMFORTABLE PL
TAYLORSVILLE NC  28681

| Sales Order |
|---|
| 9051318591 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 11/23/22 |

| Sold To |
|---|
| EVE CALLAHAN |
| 3505 SE 11TH AVE |
| PORTLAND, OR 97202 |
| Home: 503 727-4188 |
| evecallahan@umpquabank.com |

| Ship To |
|---|
| EVE CALLAHAN |
| 3505 SE 11TH AVE |
| PORTLAND, OR 97202 |
| evecallahan@umpquabank.com |
| Home: 503 727-4188  Cell: 503 880-2407 |

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | KFVR | 501300286 | 905 |

Printed: 11/23/22 07:35PM

| D - Delivery | PRODUCTION/DELIVERY 20 WEEKS |
|---|---|

https://r.mgbw.com/CustomerAccount/OrderPayment/OTA1MTMxODU5MQ==

Tax: $0.00
**Total Sales Order:** **$8,221.20**

THANK YOU!

Total Comfort Club Savings: $0

Amount Financed: $-8,221.20

Financed By: Synchrony
Finance Plan: 118 - 18 MONTHS DEFERRED INTEREST
Account: xxxxxxxxxxxx5117         Auth: 023687
0723800439         AMOUNT FINANCED:8221.20
PROMOTION TYPE: DEFERRED/NO INT IF PD IN FULL
PROMOTIONAL PERIOD: 18 MONTHS
PROMOTIONAL APR: 29.99%
PURCHASE APR: 29.99%

If a "(V)" appears after an APR above, that APR will vary with the market based on the Prime Rate.
No Interest Charges will be assessed if the promotional purchase balance is paid in full within the Promotional Period stated above. If the promotional purchase balance is not paid in full by the end of the Promotional Period, interest will be imposed from the date of purchase at the Purchase Annual Percentage Rate (APR) stated above. Minimum monthly payments are required. Regular account terms apply to non-promotional purchases and, after promotion ends, to promotional purchase.

Signature:_____  Date:_____