Glenda Gerteisen and Patrick Fitzsimmons
6933 Valley View Lane
Dallas TX 75240
214 901 8611
214 986 9010

FILED
2023 SEP 27  AM 10: 43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Reference Case No. 23-11385 (LSS)
Mitchell Gold Chapter 11

To Clerk of Bankruptcy Court

We have ordered and paid in full for multiple pieces of furniture as noted in the attached sales orders 7711407639 (6/10/23) and sales order 7711435053 (8/8/23). We are requesting a full refund for the purchase. Alternately, we would be willing to take delivery of the furniture at our home if there is confirmation that all the furniture has indeed been made and can be delivered to our home within 30 days. We do not wish a partial fulfillment of the 2 orders.

Thank you for your assistance in this matter.

*(signature)*
Glenda Gerteisen

*(signature)*
Patrick Fitzsimmons

PLEASE NOTE WE RECEIVED NOTICE SATURDAY 9/23 AT 5PM CT AND RESPONDED AS SOON AS POSSIBLE.

# Mitchell Gold +Bob Williams

4519 MCKINNEY AVE
DALLAS TX  75205
214 753-8700

| Sales Order |
|---|
| 7711407639 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 06/10/23 |

**Sold To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240

glenda9920@swbell.net

**Ship To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240
glenda9920@swbell.net
Home:   Cell: 214 901-8611

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | EGDL | 7711407637 | 771 |

Printed: 06/10/23 12:55PM

D - Delivery

https://r.mgbw.com/CustomerAccount/OrderPayment/NzcxMTQwNzYzOQ==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 1 | COMFORT_CLUB<br>BRAND: 1000 | COMFORT CLUB | 1 | RETAIL PRICE: | $0.00 |
| | FREE COMFORT CLUB - ONLINE PROMO CODE FOR $150.00 | | | NET EXT PRICE: | $0.00 |
| 2 | 2327-007T<br>BRAND: MTO | ROSCOE OTTOMAN | 1 | RETAIL PRICE: | $2,260.00 |
| | | 30% OFF BEST SELLERS EVENT | | YOUR PRICE: | $1,582.00 |
| | Base Cover: 104825 - 10 - PERF LUXE VELV-CHARCOA<br>Cushion Fill: REG - ECO LUXE POLY | | | | |
| 3 | 2327-059T<br>BRAND: MTO | ROSCOE CORNER CHAIR | 3 | RETAIL PRICE: | $3,460.00 |
| | | 30% OFF BEST SELLERS EVENT | | YOUR PRICE: | $7,266.00 |
| | Base Cover: 104825 - 10 - PERF LUXE VELV-CHARCOA<br>Cushion Fill: REG - ECO LUXE POLY | | | | |
| 4 | 2327-095T<br>BRAND: MTO | ROSCOE ARMLESS CHAIR | 3 | RETAIL PRICE: | $3,194.00 |
| | | 30% OFF BEST SELLERS EVENT | | YOUR PRICE: | $6,707.40 |
| | Base Cover: 104825 - 10 - PERF LUXE VELV-CHARCOA<br>Cushion Fill: REG - ECO LUXE POLY | | | | |



**Mitchell Gold +Bob Williams**
4519 MCKINNEY AVE
DALLAS TX 75205
214 753-8700

| Sales Order |
|---|
| 7711407639 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 06/10/23 |

**Sold To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240

glenda9920@swbell.net

**Ship To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240
glenda9920@swbell.net
Home:    Cell: 214 901-8611

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | EGDL | 7711407637 | 771 |

Printed: 06/10/23 12:55PM

D - Delivery

https://r.mgbw.com/CustomerAccount/OrderPayment/NzcxMTQwNzYzOQ==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 5 | 2023-035T BRAND: MTO | COOPER STUDIO FL SWVL | 2 | RETAIL PRICE: | $2,794.00 |
| | | 35% OFF BEST SELLERS EVENT | | YOUR PRICE: | $3,632.20 |

Base Cover: 900084 - K3 - MISMET - OYSTER
Cushion Fill: REG - ECO LUXE POLY
Metal Base Finishes: BLK - BLACK METAL

| 6 | 12129-OCT BRAND: 1000 | ADDIE PULL UP TBL MATTE BLACK | 2 | RETAIL PRICE: | $1,060.00 |
| | | 40% OFF BEST SELL 23 | | YOUR PRICE: | $1,272.00 |

| | |
|---|---|
| Merchandise: | $20,459.60 |
| Delivery Charge: | $279.00 |
| Tax: | $1,710.93 |
| **Total Sales Order:** | **$22,449.53** |

THANK YOU - EDGAR GOMEZ  ESTIMATED TO SHIP FROM NORTH CAROLINA IN 14-16 WEEKS.

Total Comfort Club Savings: $0

Amount Paid:
Current Payments



| | 4519 MCKINNEY AVE | | Sales Order |
|---|---|---|---|
| Mitchell Gold +Bob Williams | DALLAS TX 75205 214 753-8700 | | 7711407639 |
| | | Estimated Date | Document Date |
| | | As Soon As Possible | 06/10/23 |

| Sold To | Ship To |
|---|---|
| GLENDA GERTEISEN<br>6933 VALLEY VIEW LN<br>DALLAS, TX 75240<br><br>glenda9920@swbell.net | GLENDA GERTEISEN<br>6933 VALLEY VIEW LN<br>DALLAS, TX 75240<br>glenda9920@swbell.net<br>Home:   Cell: 214 901-8611 |

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | EGDL | 7711407637 | 771 |
| Printed: 06/10/23 12:55PM | | | |
| D - Delivery | | | |

https://r.mgbw.com/CustomerAccount/OrderPayment/NzcxMTQwNzYzOQ==

Financed By:
Finance Plan:
Account:                                                                Auth:

| | | | |
|---|---|---|---|
| MASTER CARD | #############2781 | Auth# 58631Z  Sale | $-11,225.00 |
| MASTER CARD | #############9585 | Auth# 00637Z  Sale | $-11,224.53 |
| Club Pricing is contingent upon paid Comfort Club Membership | | Amount Due: | $0.00 |

X_____

I agree to pay the above total amount according to the card issuer agreement. I acknowledge that all information written on the order is accurate. I agree to the policies set forth on the terms of sale agreement and have received a copy for my reference along with this receipt.

# Mitchell Gold +Bob Williams

4519 MCKINNEY AVE
DALLAS TX 75205
214 753-8700

| | Sales Order |
|---|---|
| | 7711435053 |
| Estimated Date | Document Date |
| As Soon As Possible | 08/08/23 |

**Sold To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240

glenda9920@swbell.net

**Ship To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240
glenda9920@swbell.net
Home:    Cell: 214 901-8611

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | EGDL | 7711407637 | 771 |

Printed: 08/08/23 04:06PM

| D - Delivery | IN STOCK - PLEASE SHIP ASAP. |
|---|---|

https://r.mgbw.com/CustomerAccount/OrderPayment/NzcxMTQzNTA1Mw==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 1 | 11804-CTB<br>BRAND: 1000 | VINCE SQUARE COFFEE TABLE<br>CARBON OAK | 1 | RETAIL PRICE:<br>NET EXT PRICE: | $532.00<br>$532.00 |

Merchandise: $532.00
Tax: $43.89
**Total Sales Order: $575.89**

THANK YOU - EDGAR GOMEZ.  IN STOCK - SHOULD SHIP WITHIN 2-4 WEEKS.

Total Comfort Club Savings: $0

Amount Paid:
Current Payments

Financed By:
Finance Plan:
Account:                                                                      Auth:

MASTER CARD            ############9585            Auth# 37610Z  Sale            $-575.89

**Mitchell Gold +Bob Williams**

4519 MCKINNEY AVE
DALLAS TX  75205
214 753-8700

| | |
|---|---|
| Sales Order | 7711435053 |
| Estimated Date | Document Date |
| As Soon As Possible | 08/08/23 |

**Sold To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240

glenda9920@swbell.net

**Ship To**
GLENDA GERTEISEN
6933 VALLEY VIEW LN
DALLAS, TX 75240
glenda9920@swbell.net
Home:   Cell: 214 901-8611

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | EGDL | 7711407637 | 771 |

Printed: 08/08/23 04:06PM

| D - Delivery | IN STOCK - PLEASE SHIP ASAP. |
|---|---|

https://r.mgbw.com/CustomerAccount/OrderPayment/NzcxMTQzNTA1Mw==

Club Pricing is contingent upon paid Comfort Club Membership       **Amount Due:**       $0.00

X_____

I agree to pay the above total amount according to the card issuer agreement.  I acknowledge that all information written on the order is accurate.  I agree to the policies set forth on the terms of sale agreement and have received a copy for my reference along with this receipt.











USPS Priority Mail Express envelope. From: CLICK-N-SHIP, GLENDA GERTEISEN, 6933 VALLEY VIEW LN, DALLAS TX 75240-5502. To: CLERK OF BANKRUPTCY COURT, 824 N MARKET ST FL 3, WILMINGTON DE 19801-3024. USPS Tracking #: 9471 2301 0935 5000 8095 10. Mailed from 75240, 09/24/2023. Postage $25.15. Stamped "U.S.M.S. X-RAY".