**Sue Subbotin Interiors**

2519 Hale Drive
Burlingame, CA 94010
Studio 650.315.2379
Cell 208.720.6415

FILED
2023 OCT -4  AM 9:53
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom it may concern;

First of all I am saddened by the bankrupcy of Mitchell Gold Co. They produced a good quality product and I am sorry for their circumstances.

I have two dining chairs that were delivered with the incorrect fabric. MG was re-making the chairs and they were due to ship out beginning on October.

Please let me know when a plan for furniture retreival is solidified. I have already paid for delivery, so does this mean I pay again if I want my product? Please let me know.

Thank you so much.

Best,
Sue Subbotin

# Mitchell Gold +Bob Williams

135 ONE COMFORTABLE PL
TAYLORSVILLE NC  28681

| Sales Order |
|---|
| 9031305663 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 11/07/22 |

**Sold To**
Susan Subbotin
2519 HALE DR
BURLINGAME, CA 94010
Home: 208 720-6415

sue@suesubbotininteriors.com

**Ship To**
RAY KRUCK
2110 GERI LN
HILLSBOROUGH, CA 94010
sue@suesubbotininteriors.com
Home: 208 720-6415  Cell:

| Terms | Sales Associate | Customer # | Store |
|---|---|---|---|
| SEE BELOW | LCFW | 105927230 | 903 |

Printed: 11/07/22 02:21PM

D - Delivery

https://r.mgbw.com/CustomerAccount/OrderPayment/OTAzMTMwNTY2Mw==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 1 | 1856-030T BRAND: MTO | BELLA SIDE CHAIR  35% DESIGNER DISCOUNT  Base Cover: 104568 - 11 - PERF TXT LINEN-PEWTER  Cushion Fill: REG - ECO LUXE POLY  Leg Finishes: 63 - STORM | 6 | RETAIL PRICE: YOUR PRICE: | $2,127.00 $8,295.30 |
| 2 | 1856-031T BRAND: MTO | BELLA ARM CHAIR  35% DESIGNER DISCOUNT  Base Cover: 104568 - 11 - PERF TXT LINEN-PEWTER  Cushion Fill: REG - ECO LUXE POLY  Leg Finishes: 63 - STORM | 2 | RETAIL PRICE: YOUR PRICE: | $2,127.00 $2,765.10 |

Merchandise: $11,060.40
Delivery Charge: $279.00
Tax: $0.00
**Total Sales Order:** $11,339.40

14-16 weeks MTO Premium protection offered

**Total Comfort Club Savings:** $0

*Handwritten annotations:*
- "need one replacement" (next to line 1)
- "need one replacement" (next to line 2)
- Line 1: 1,382.55; 4,466.70 disc.; 2 = 2,233.3(?); 10,528.(?)
- Line 2: x2 4,254; ÷2 744.45; $3,509.55
- $2,977.80
- 14,038.20
- 1,333.63 tax
- 279.00 Deliv to ready
- TOTAL $15,650.83

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

THE MITCHELL GOLD CO., LLC, et al.,[1]

Debtors.

Chapter 11

Case No. 23-11385 (LSS)

Jointly Administered

**Hearing Date:**
October 2, 2023, at 2:00 p.m. (ET)

**Objection Deadline:**
September 25, 2023, at 4:00 p.m. (ET)

Re: D.I. 27

> *I received this notice AFTER the Sept 25, 2023 deadline, so apologies for late response*

**NOTICE OF MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO HONOR CERTAIN CUSTOMER PRACTICES AND AUTHORIZE DEVELOPING THE MERCHANDISE RETRIEVAL PROCESS, (II) AFTER TITLE IS DETERMINED, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 12, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Customer Practices and Authorize Developing the Merchandise Retrieval Process, (II) After Title is Determined, Granting Limited Relief from the Automatic Stay, and (III) Granting Related Relief* [D.I. 27] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 25, 2023, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 2, 2023, AT 2:00 P.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6th FLOOR, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers are: The Mitchell Gold Co., LLC (8942) and SG-TMGC, LLC (0248). The Debtors' addresses are, respectively, 135 One Comfortable Place, Taylorsville, North Carolina 28681 and P.O. Box 3417, Little Rock, Arkansas 72203.