IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE MITCHELL GOLD CO., LLC, *et al.*,[1] | Case No. 23-11385 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 6, 2023, AT 3:00 P.M. (E.T.)**

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than October 6, 2023, at 8:00 a.m.**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsf-mvpz8qE7HwqQroz30fHnBZkV5y3JY**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic:  The Mitchell Gold Co., LLC *et al*.**
>
> **Time:  October 6, 2023, at 3:00 p.m. Eastern Time (US and Canada)**

## CASE STATUS CONFERENCE

1. A status conference will go forward as directed by the Court at the hearing on October 5, 2023.

## STATUS CONFERENCE

2. Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) to Permit PNC to Exercise Rights and Remedies or, in the Alternative, Adequate Protection Under 11 U.S.C. §§ 361 and 363(e) (D.I. 83, filed 9/19/23).

   Objection Deadline:  September 25, 2023, at 4:00 p.m. (ET).

---

[1]  The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers are: The Mitchell Gold Co., LLC (8942) and SG-TMGC, LLC (0248).  The Debtors' addresses are, respectively, 135 One Comfortable Place, Taylorsville, North Carolina 28681 and P.O. Box 3417, Little Rock, Arkansas 72203.

Responses Received:

    a. Joint Objection of Texas Taxing Authorities to Motion Of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) to Permit PNC to Exercise Rights and Remedies or, in the Alternative, Adequate Protection Under 11 U.S.C. §§ 361 and 363(e) (D.I. 108, filed 9/25/23);

    b. Maricopa County Treasurer's Objection to Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) to Permit PNC to Exercise Rights and Remedies or, in the Alternative, Adequate Protection Under 11 U.S.C. §§ 361 and 363(e) (D.I. 189, filed 10/6/23); and

    c. Debtors' Preliminary Objection to Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. § 362(d) to Permit PNC to Exercise Rights and Remedies or, in the Alternative, Adequate Protection Under 11 U.S.C. §§ 361 And 363(e) (D.I. 190, filed 10/6/23).

Related Documents:  None.

Status:  This matter is going forward as a status conference only.

[*Signature page follows.*]

Dated: October 6, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ *Evanthea Hammer*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Evanthea Hammer (No. 7061)
1201 Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
　　　　aremming@morrisnichols.com
　　　　dbutz@morrisnichols.com
　　　　ehammer@morrisnichols.com

 - and -

**RAYBURN COOPER & DURHAM, P.A.**
C. Richard Rayburn Jr. (admitted *pro hac vice*)
Matthew L. Tomsic (admitted *pro hac vice*)
Suite 1200, The Carillon
227 West Trade Street
Charlotte, NC  28202
(704) 334-0891

*Proposed Counsel to the Debtors and
Debtors in Possession*