Susan Sarro
9 Colonial Rd
Dover MA 02030
781-956-3234

FILED
2023 OCT 13 AM 10: 36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 5, 2023

United States Bankruptcy Court
824 Market Street
Wilmington DE 19801

RE: Case No. 23-11385

Your Honor:

I am writing regarding the Mitchell Gold Bob Williams bankruptcy. I only learned of the bankruptcy from paperwork I received in the mail after the September 25, 2023 Objection Deadline.

I have 2 orders for 5 pieces of furniture, totaling $14,621.91. Because these are custom pieces, I was required to and did, pay in full on the dates of purchase May 7 and May 22, 2023. I have attached all paperwork for these orders.

If the Merchandise Retrieval Process is applicable in a timely manner, I am willing to accept delivery or arrange for the pick-up of the 5 pieces of furniture I purchased. This is my preference. However, I request clear instruction on how to locate and arrange to receive these pieces. Since I learned of the bankruptcy, I have contacted MGBW via phone, email and chat, as well as the Ryder and Furniture USA warehouses and I have not gotten any information about the location/delivery of my furniture. I also left voicemails for counsel at Morris, Nichols, Arsht & Tunnell LLP with no reply.

If not applicable, I respectfully request a full refund for the $14,621.91 I was required to pay at the time of purchase.

I appreciate your understanding and look forward to your resolution of this matter.

Sincerely,
Susan Sarro

# Mitchell Gold +Bob Williams

625 WORCESTER STREET
NATICK MA 01760
508 650-1400

| | Sales Order |
|---|---|
| | 4311390590 |
| Estimated Date | Document Date |
| As Soon As Possible | 05/07/23 |

| Sold To | Ship To |
|---|---|
| SUSAN SARRO<br>9 COLONIAL RD<br>DOVER, MA 02030<br>Home: 508 785-0100<br><br>susan.sarro@verizon.net | SUSAN SARRO<br>127 PETHERTON DR<br>BETHANY BEACH, DE 19930<br>susan.sarro@verizon.net<br>Home: 508 785-0100  Cell: |

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | JSNT | 431652634 | 431 |
| | Printed: 05/07/23 01:04PM | | | |

| D - Delivery | |
|---|---|

https://r.mgbw.com/CustomerAccount/OrderPayment/NDMxMTM5MDU5MA==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 1 | 2214-034L<br>BRAND: MTO | GISELLE LTH FL SWVL | 2 | RETAIL PRICE:<br>YOUR PRICE: | $3,734.00<br>$4,854.34 |

Base Cover: -2530 - D -  PERF TRIB-ARCTIC WHITE
Cushion Fill: SIG -  SIGNATURE POLY

| | | Discount: 7.14% 35FF23 Discount | | Discount Amount: $266.61 | |
| | | Discount: 30.00% 30FF23 Discount | | Discount Amount: $1,040.22 | |
| 2 | COMFORT_CLUB<br>BRAND: 1000 | COMFORT CLUB | 1 | RETAIL PRICE:<br>NET EXT PRICE: | $150.00<br>$150.00 |

Merchandise: $5,004.34
Delivery Charge: $279.00
Tax: $0.00
**Total Sales Order:** **$5,283.34**

Total Comfort Club Savings: $0

Amount Paid:
Current Payments

| Mitchell Gold +Bob Williams | 625 WORCESTER STREET NATICK MA 01760 508 650-1400 | | Sales Order |
|---|---|---|---|
| | | | 4311390590 |
| | | Estimated Date | Document Date |
| | | As Soon As Possible | 05/07/23 |

| Sold To | Ship To |
|---|---|
| SUSAN SARRO<br>9 COLONIAL RD<br>DOVER, MA 02030<br>Home: 508 785-0100<br>susan.sarro@verizon.net | SUSAN SARRO<br>127 PETHERTON DR<br>BETHANY BEACH, DE 19930<br>susan.sarro@verizon.net<br>Home: 508 785-0100  Cell: |

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | JSNT | 431652634 | 431 |
| | Printed: 05/07/23 01:04PM | | | |
| D - Delivery | | | | |

https://r.mgbw.com/CustomerAccount/OrderPayment/NDMxMTM5MDU5MA==

Financed By:
Finance Plan:
Account:                                              Auth:

VISA            ############4540        Auth# 05543D  Sale        $-5,283.34

Club Pricing is contingent upon paid Comfort Club Membership | **Amount Due:** | $0.00

X_____

I agree to pay the above total amount according to the card issuer agreement. I acknowledge that all information written on the order is accurate. I agree to the policies set forth on the terms of sale agreement and have received a copy for my reference along with this receipt.

**Mitchell Gold +Bob Williams**

625 WORCESTER STREET
NATICK MA  01760
508 650-1400

| | Sales Order |
|---|---|
| | 4311399061 |
| Estimated Date | Document Date |
| As Soon As Possible | 05/22/23 |

| Sold To | Ship To |
|---|---|
| SUSAN SARRO<br>9 COLONIAL RD<br>DOVER, MA 02030<br>Home: 508 785-0100<br>susan.sarro@verizon.net | SUSAN SARRO<br>127 PETHERTON DR<br>BETHANY BEACH, DE 19930<br>susan.sarro@verizon.net<br>Home: 508 785-0100  Cell: |

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | JSNT | 431652634 | 431 |
| | Printed: 05/22/23 03:12PM | | | |
| D - Delivery | THE CUSTOMER WOULD LIKE DELIVERY AFTER 8/15/2023 | | | |

https://r.mgbw.com/CustomerAccount/OrderPayment/NDMxMTM5OTA2MQ==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 1 | 2214-096-R-T<br>BRAND: MTO | GISELLE RIGHT ARM LOUNGE | 1 | RETAIL PRICE:<br>YOUR PRICE: | $4,394.00<br>$2,856.19 |

Base Cover: 104871 - 13 - VINTAGE CHENILL-SMOKY
Cushion Fill: SIG - SIGNATURE POLY

    Discount: 7.14% 35MD23 Discount    Discount Amount: $313.73
    Discount: 30.00% 30MD23 Discount    Discount Amount: $1,224.08

| 2 | 243-035L<br>BRAND: MTO | ELLIS FL SWVL CHAIR LTH | 1 | RETAIL PRICE:<br>YOUR PRICE: | $3,734.00<br>$2,427.17 |

Base Cover: -2530 - D - PERF TRIB-ARCTIC WHITE
Cushion Fill: SIG - SIGNATURE POLY

    Discount: 7.14% 35MD23 Discount    Discount Amount: $266.61
    Discount: 30.00% 30MD23 Discount    Discount Amount: $1,040.22

# Mitchell Gold +Bob Williams

625 WORCESTER STREET
NATICK MA  01760
508 650-1400

| Sales Order |
|---|
| 4311399061 |

| Estimated Date | Document Date |
|---|---|
| As Soon As Possible | 05/22/23 |

**Sold To**
SUSAN SARRO
9 COLONIAL RD
DOVER, MA 02030
Home: 508 785-0100
susan.sarro@verizon.net

**Ship To**
SUSAN SARRO
127 PETHERTON DR
BETHANY BEACH, DE 19930
susan.sarro@verizon.net
Home: 508 785-0100  Cell:

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | JSNT | 431652634 | 431 |
| | Printed: 05/22/23 03:12PM | | | |
| D - Delivery | THE CUSTOMER WOULD LIKE DELIVERY AFTER 8/15/2023 | | | |

https://r.mgbw.com/CustomerAccount/OrderPayment/NDMxMTM5OTA2MQ==

| Ln# | Item | Description | Order | Price | Amount |
|---|---|---|---|---|---|
| 3 | 726-002T<br>BRAND: MTO | ALEX 2/2 SIG Q SLPR | 1 | RETAIL PRICE:<br>YOUR PRICE: | $5,194.00<br>$3,376.21 |

Base Cover: 104218 - 8 -  PERF LUST BW-CREAM
Cushion Fill: REG -  ECO LUXE POLY
Leg Finishes: 8 -  NATURAL

| | Discount: 7.14% 35MD23 Discount | Discount Amount: $370.85 |
|---|---|---|
| | Discount: 30.00% 30MD23 Discount | Discount Amount: $1,446.94 |

| 4 | 61-PRFU-0094-PREML1<br>BRAND: 1000 | WP PREMIUM FURNITURE W/PWR 5YR | 2 | RETAIL PRICE:<br>NET EXT PRICE: | $339.50<br>$679.00 |

| | | |
|---|---|---|
| | Merchandise: | $9,338.57 |
| | Tax: | $0.00 |
| | **Total Sales Order:** | **$9,338.57** |
| | Total Comfort Club Savings: $0 | |
| | Amount Paid: | |
| | Current Payments | |

**Mitchell Gold +Bob Williams**

625 WORCESTER STREET
NATICK MA  01760
508 650-1400

| | Sales Order |
|---|---|
| | 4311399061 |
| Estimated Date | Document Date |
| As Soon As Possible | 05/22/23 |

**Sold To**
SUSAN SARRO
9 COLONIAL RD
DOVER, MA 02030
Home: 508 785-0100
susan.sarro@verizon.net

**Ship To**
SUSAN SARRO
127 PETHERTON DR
BETHANY BEACH, DE 19930
susan.sarro@verizon.net
Home: 508 785-0100  Cell:

| | Terms | Sales Associate | Customer # | Store |
|---|---|---|---|---|
| | SEE BELOW | JSNT | 431652634 | 431 |
| | Printed: 05/22/23 03:12PM | | | |
| D - Delivery | THE CUSTOMER WOULD LIKE DELIVERY AFTER 8/15/2023 | | | |

https://r.mgbw.com/CustomerAccount/OrderPayment/NDMxMTM5OTA2MQ==

Financed By:
Finance Plan:
Account:                                          Auth:

| MASTER CARD | ############4483 | Auth# 09037Z  Sale | $-9,338.57 |
|---|---|---|---|
| Club Pricing is contingent upon paid Comfort Club Membership | | Amount Due: | $0.00 |

X_____
I agree to pay the above total amount according to the card issuer agreement.  I acknowledge that all information written on the order is accurate.  I agree to the policies set forth on the terms of sale agreement and have received a copy for my reference along with this receipt.