# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 10/13/2023
Case: 23−11385−LSS     Form ID: 309D     Total: 257

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| intp | Eve & Scott Taylor Callahan | |
| cr | Patrick Snipes | |
| intp | Melinda Arbuckle | |
| intp | Sheryl Davis | |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | The Mitchell Gold Co., LLC | 135 One Comfortable Place   Taylorsville, NC 28681 |
| cr | Brookfield Properties Retail Inc | Kristen N. Pate, Esq   350 N. Orleans St., Suite 300   Chicago, IL 60654−1607 |
| cr | Simon Property Group, Inc. | 225 West Washington Street   Indianapolis, IN 46204 |
| cr | Hays County | c/o Julie Anne Parsons   P. O. Box 1269   Round Rock, TX 78680−1269 |
| cr | Dallas County | Linebarger Goggan Blair & Sampson, LLP   c/o John K. Turner   2777 N. Stemmons Fwy, Ste. 1000   Dallas, TX 75207 |
| cr | Tarrant County | Linebarger Goggan Blair & Sampson, LLP   c/o John Kendrick Turner   2777 N. Stemmons Freeway   Suite 1000   Dallas, TX 75207 |
| cr | Houston ISD | Linebarger Goggan Blair & Sampson LLP   Tara L. Grundemeier   PO Box 3064   Houston, TX 77253 |
| cr | Houston Community College System | Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253−3064 |
| cr | City of Houston | Linebarger Goggan Blair & Sampson LLP   c/o Tara L. Grundemeier   PO Box 3064   Houston, TX 77253−3064 |
| cr | Need It Now Delivers, LLC | 1000 Riverside Drive   Keasbey, NJ 08832 |
| clagent | Epiq Corporate Restructuring, LLC | www.epiqsystems.com   777 Third Avenue, 12th Floor   New York, NY 10017 |
| trans | Reliable Companies | Attn: Gene Matthews   1007 North Orange Street   Suite 110   Wilmington, DE 19801 |
| cr | Texas Comptroller of Public Accounts, Revenue Accounting Division | Courtney J. Hull   PO Box 12548   Austin, TX 78711−2548 |
| cr | Public Service Company of North Carolina Incorporated, d/b/a Dominion Energy North Carolina | c/o McCarter & English, LLP   Renaissance Centre   405 North King Street   8th Floor   Wilmington, DE 19801 |
| cr | Deborah Thompson | 1513 Avellino Cir   Murfreesboro, TN 37130 |
| intp | Glenda & Patrick Gerteisen & Fitzsimmons | 6933 Valley View Lane   Dallas, TX 75240 |
| cr | My Align Design, Inc. | c/o Golan Christie Taglia LLP   70 W. Madison St.   Suite 1500   Chicago, IL 60602 |
| intp | Plano ISD | c/o Perdue Brandon Fielder et al   1919 S. Shiloh Road, Suite 310, LB 40   Garland, TX 75042 |
| intp | Christopher Damianos | 2777 Gulf Shore Blvd. N   #8N   Naples, FL 34103 |
| intp | Sandra R. Heiman | 1523 Tyler Avenue   East Meadow, NY 11554 |
| intp | Jeni Hutchins | 139 W. Laurel St.   Philadelphia, PA 19123 |
| intp | Mark Gregor−Pearce | 3601 Turtle Creek Blvd.   Apt. 301   Dallas, TX 75219 |
| intp | Marion Kristal Goldberg | 8616 Village Park Place   Chevy Chase, MD 20815 |
| intp | Sevgi Coban | 55 Goldfinch Dr.   Upper Saddle River, NJ 07458 |
| intp | Monika Anderson | 32703 Caspian Sea Drive   Dana Point, CA 92704 |
| intp | Tim & Betsy Triplett | 11603 Mohawk Lane   Leawood, KS 66211 |
| intp | Linda Abel | 11621 Twining Lane   Potomac, MD 20854 |
| intp | Milagro Lopez | 206 Marvin Lane   Mullica Hill, NJ 08062 |
| intp | Susan Subbotin | 2519 Hale Drive   Burlingame, CA 94010 |
| cr | AMERICAN WEST WORLDWIDE EXPRESS, INC. | 51 Zaca Lane   Suite 120   San Luis Obispo, CA 93401 |
| intp | Carol Krauss | 36 Sutton Pl. S   Apt. 13C   New York, NY 10022 |
| intp | Carrie Fisher | 5151 Shenandoah Ave.   Los Angeles, CA 90056−1032 |
| cr | Maricopa County Treasurer | c/o Maricopa County Attorney's Office   225 W. Madison   Phoenix, AZ 85003 |
| cr | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | Abernathy, Roeder, Boyd & Hullet, P.C.   1700 Redbud Blvd.   Suite 300   McKinney, TX 75069 |
| tr | George L. Miller | 1628 John F. Kennedy Blvd.   Suite 950   Philadelphia, PA 19103−2110 |
| intp | Danielle Frank | 31 Washington Street   Apartment 15   Brooklyn, NY 11201 |
| cr | Erin Patterson | c/o Patrick R. Barrowclough   3550 N. Central Ave., Suite 1150   Phoenix, AZ 85012 |
| cr | John Seibert | c/o Patrick R. Barrowclough   3550 N. Central Ave., Suite 1150   Phoenix, AZ 85012 |
| cr | ARIZONA DEPARTMENT OF REVENUE | Office of the Arizona Attorney General   c/o Tax, Bankruptcy and Collection Sct   2005 N Central Ave, Suite 100   Phoenix, AZ 85004 |
| intp | Perry Crowell | 764 St. Johns Pl.   Apt. 4D   Brooklyn, NY 11216 |
| cr | Travis County | c/o Jason A. Starks   P.O. Box 1748   Austin, TX 78767 |
| op | Epiq Corporate Restructuring, LLC | www.epiqsystems.com   777 Third Avenue, 12th Floor   New York, NY 10017 |
| intp | Susan Sarro | 9 Colonial Rd.   Dover, MA 02030 |

| | | | | | |
|---|---|---|---|---|---|
| aty | John T. Carroll, III | Cozen O'Connor | 1201 North Market Street, Suite 1001 | Wilmington, DE 19801 | |
| aty | Aaron L. Hammer | Horwood Marcus & Berk Chartered | 500 West Madison, Suite 3700 | Chicago, IL 60661 | |
| aty | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | 1201 North Market Street | P.O. Box 1347 | Wilmington, DE 19899–1347 |
| aty | Barbara L. Yong | Golan Christie Taglia LLP | 70 West Madison Street | Suite 1500 | Chicago, IL 60602 |
| aty | Brett L Slobin | SCHLANGER SILVER LLP | 109 N. Post Oak Lane, Suite 300 | Houston, TX 77024–7755 | |
| aty | C. Richard Rayburn, Jr. | Rayburn Cooper & Durham, P.A. | 227 W. Trade St. #1200 | Charlotte, NC 28202 | |
| aty | Caren A. Lederer | Golan Christie Taglia LLP | 70 W. Madison Street | Suite 1500 | Chicago, IL 60602 |
| aty | Carl N. Kunz, III | Morris James LLP | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington, DE 19899–2306 |
| aty | Charles E. Boulbol | Charles E. Boulbol, PC | 26 Broadway 17th Floor | New York, NY 10004 | |
| aty | Colleen M. Restel | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 | |
| aty | Courtney J Hull | c/o Office of the Attorney General | Bankruptcy & Collections Division | P. O. Box 12548 MC–008 | Austin, TX 78711–2548 |
| aty | Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | 1201 N. Market Street | 16th Floor | Wilmington, DE 19801 |
| aty | Daniel K. Hogan | HoganMcDaniel | 1311 Delaware Ave | Wilmington, DE 19806 | |
| aty | David M. Klauder | Bielli & Klauder, LLC | 1204 N. King Street | Wilmington, DE 19801 | |
| aty | Derek Meek | Burr & Forman LLP | 420 N. 20th Street | Suite 3400 | Birmingham, AL 35203 |
| aty | Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | P.O. Box 17428 | Austin, TX 78760 | |
| aty | Donald J. Detweiler | Womble Bond Dickinson (US) LLP | 1313 North Market Street | Suite 1200 | Wilmington, DE 19801 |
| aty | Dustin Parker Branch | Ballard Spahr LLP | 2029 Century Park East | Suite 1400 | Los Angeles, CA 90067–2915 |
| aty | Emily Margaret Hahn | Abernathy, Roeder, Boyd & Hullett, P.C. | 1700 Redbud Blvd., Suite 300 | McKinney, TX 75069 | |
| aty | Eric Lopez Schnabel | Dorsey & Whitney (Delaware) LLP | 300 Delaware Avenue | Suite 1010 | Wilmington, DE 19801 |
| aty | Erica G. Mannix | Lowenstein Sandler LLP | 1251 Avenue of the Americas | New York, NJ 10020 | |
| aty | Evan T. Miller | Saul Ewing LLP | 1201 N. Market Street, Suite 2300 | P. O. Box 1266 | Wilmington, DE 19899 |
| aty | Evanthea Hammer | Morris Nichols Arsht and Tunnell | 1201 North Market Street | P. O. Box 1347 | Wilmington, DE 19899–1347 |
| aty | Frank N. White | 171 17th Street N.W. | Suite 2100 | Alanta, GA 30363–1031 | |
| aty | Graham H. Stieglitz | Burr & Forman LLP | 420 N. 20th Street | Suite 3400 | Birmingham, AL 35203 |
| aty | Jason A. Starks | Travis County Attorney's Office | P. O. Box 1748 | Austin, TX 78767 | |
| aty | Jeffrey J. Phillips | Phillips & Angley | One Washington Mall | 7th Floor | Boston, MA 02108 |
| aty | Jeffrey T Baker | Burr & Forman LLP | 420 N. 20th Street | Suite 3400 | Birmingham, AL 35203 |
| aty | Jeremy William Ryan | Potter Anderson & Corroon | 1313 N. Market Street, 6th Floor | Wilmington, DE 19801 | |
| aty | John E. Lucian | Blank Rome LLP | One Logan Square | 130 North 18th Street | Philadelphia, PA 19103 |
| aty | Jonathan M. Stemerman | Armstrong Teasdale LLP | 1007 North Market Street | Ste Third Floor | Wilmington, DE 19801 |
| aty | Julia A. Cook | SDID No. 5830 | 109 North Post Oak Lane | Suite 300 | Houston, TX 77024 |
| aty | Julia Bettina Klein | Klein LLC | 225 W 14th Street | Suite 100 | 19801  Wilmington, DE 19801 |
| aty | Julie Anne Parsons | McCreary, Veselka, Bragg, & Allen, P.C. | PO Box 1269 | 700 Jeffrey Way   Suite 100 | Round Rock, TX 78680 |
| aty | Justin Cory Falgowski | Burr & Forman LLP | 222 Delaware Avenue | Suite 1030 | Wilmington, DE 19801 |
| aty | Justin R. Alberto | Cole Schotz P.C. | 500 Delaware Avenue | Suite 1410 | Wilmington, DE 19801 |
| aty | Kevin S. Neiman | Law Offices of Kevin S. Neiman, PC | 999 18th Street, Suite 1230 S | Denver, CO 80202 | |
| aty | Klaus Peter Muthig, I | Maricopa County Attorney's Office | 225 W. Madison | Phoenix, AZ 85003 | |
| aty | Kristen N. Pate | Brookfield Property Retail, Inc. | 350 N. Orleans St. | Suite 300 | Chicago, IL 60654–1607 |
| aty | Larry R. Boyd | Abernathy, Roeder, Boyd & Hullett P.C. | 1700 Redbud Blvd., Suite 300 | McKinney, TX 75069 | |
| aty | Laurel D. Roglen | Ballard Spahr LLP | 919 N. Market Street | 11th Floor | Wilmington, DE 19801 |
| aty | Lawrence Raymond Thomas, III | Blank Rome LLP | 1201 N. Market Street | Suite 800 | Wilmington, DE 19146 |
| aty | Leslie C. Heilman | Ballard Spahr LLP | 919 N. Market Street | 11th Floor | Wilmington, DE 19801 |
| aty | Linda D. Reece | Perdue, Brandon, Fielder, Collins & Mott | 1919 S. Shiloh Road | Suite 310, LB 40 | Garland, TX 75042 |
| aty | Margaret A. Vesper | Ballard Spahr | 919 North Market Street, 11th Floor | Wilmington, DE 19801 | |
| aty | Matthew Tomsic | Rayburn Cooper & Durham, P.A. | 227 W. Trade St. #1200 | Charlotte, NC 28202 | |
| aty | Michael Schein | Vedder Price, P.C. | 1633 Broadway | 31st Floor | New York, NY 10019 |
| aty | Michael A. Kaplan | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 | |
| aty | Michael Seth Etkin | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 | |
| aty | Nahal Zarnighian | Ballard Spahr LLP | 2029 Century Park East | Los Angeles, CA 90067 | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Patrick R. Barrowclough | Atkinson, Hamill & Barrowclough, P.C. | 3550 N. Central Avenue | Suite 1150 | Phoenix, AZ 85012 |
| aty | Paul M. lopez | Abernathy, Roeder, Boyd & Hullett P.C. | 1700 Redbud Blvd. | Suite 300 | McKinney, TX 75069 |
| aty | Rachel P. Stoian | Dorsey & Whitney LLP | 167 Hamilton Ave. | Suite 200 | Palo Alto, CA 94301 |
| aty | Rasmeet K. Chahil | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 | |
| aty | Regina S. Kelbon | Blank Rome LLP | 1201 Market Street | Wilmington, DE 19801 | |
| aty | Ricardo Palacio, Esq | Ashby & Geddes, P. A. | 500 Delaware Avenue | 8th Floor | Wilmington, DE 19801 |
| aty | Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | 1201 N. Market Street | P O. Box 1347 | Wilmington, DE 19899–1347 |
| aty | Ronald Mark Tucker | Simon Property Group, Inc. | 225 West Washington Street | Indianapolis, IN 46204 | |
| aty | Sarah A. Carnes | Cole Schotz P.C. | 1325 Avenue of the Americas | 19th Floor | New York, NY 10019 |
| aty | Shane G Ramsey | Nelson Mullins Riley & Scarborough LLP | 1222 Demonbreun Street | Ste 1700 | Nashville, TN 37203 |
| aty | Sherrel K. Knighton | Linebarger Goggan Blair & Sampson, LLP | 2777 N. Stemmons Freeway | Suite 1000 | Dallas, TX 75228 |
| aty | Stacy L. Newman | Cole Schotz P.C. | 500 Delaware Avenue, Suite 1410 | 19801 | Wilmington, DE 19801 |
| aty | Stanley B. Tarr | Blank Rome LLP | 1201 North Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | Tara L. Grundemeier | Linebarger Goggan Blair & Sampson LLP | P.O. Box 3064 | Houston, TX 77253–3064 | |
| aty | William F. Taylor, Jr., Jr | McCarter & English LLP | Renaissance Centre | 405 North King Street, 8th Floor | Wilmington, DE 19801 |
| 18658476 | ABBOTT, BERT HAROLD | ADDRESS ON FILE | | | |
| 18658477 | AGGARWAL, VIJITA | ADDRESS ON FILE | | | |
| 18658478 | ALBERS, KIRSTEN | ADDRESS ON FILE | | | |
| 18658479 | ALLIANCE CONSTRUCTION & FINE FURNITURE | COMPANY LIMITED | 56–58 VO OANH ST,WARD 25,BINH THANH DIST | HO CHI MINH CITY 70000 VIETNAM | |
| 18658480 | ALMEIDA, JEANNINE | ADDRESS ON FILE | | | |
| 18658481 | ANGUIANO, CHRISTINE | ADDRESS ON FILE | | | |
| 18658482 | APEX 401 | 5605 LAKE LUCERN CT | FLOWER MOUND, TX 75022 | | |
| 18658235 | ARIZONA DEPARTMENT OF REVENUE | Office of the Arizona Attorney General – | c/o Tax, Bankruptcy and Collection Sct | 2005 N Central Ave, Suite 100 | Phoenix AZ 85004 |
| 18658483 | ATMOS ENERGY CORPORATION | ATTN BANKRUPTCY GROUP | PO BOX 650205 | DALLAS, TX 75265–0205 | |
| 18642746 | Aaron L. Hammer | HORWOOD MARCUS & BERK CHARTERED | 500 W. Madison Street, Suite 3700 | Chicago, Illinois 60661 | |
| 18658938 | Amy O'Keefe | 530 E. 72nd St., Apt. 14CD | New York, NY 10021 | | |
| 18658405 | Ariana Goldman | 2 Horseshoe Path | Lloyd Harbor, NY 11743 | | |
| 18658484 | BERTELLI, LINDSAY | ADDRESS ON FILE | | | |
| 18658485 | BHAKTA, HONEY | ADDRESS ON FILE | | | |
| 18658486 | BIBLE, CHARLES MICAH | ADDRESS ON FILE | | | |
| 18590297 | BLANK ROME LLP | John E. Lucian | One Logan Square | 130 N 18th St | Philadelphia, PA 19103 |
| 18590296 | BLANK ROME LLP | Regina Stango Kelbon | Stanley B. Tarr | Lawrence R. Thomas III | 1201 N. Market St, Ste 800    Wilmington, DE 19801 |
| 18658487 | CARLSON, RICHARD | ADDRESS ON FILE | | | |
| 18658488 | CASEY, DON AND SUSAN | ADDRESS ON FILE | | | |
| 18658489 | CASTELLANOS, HELYDA | ADDRESS ON FILE | | | |
| 18658490 | CATHERINE EBERT INTERIORS LLC | ATTN CATHERINE EBERT | 2915 FOXHALL RD NW | WASHINGTON, DC 20016 | |
| 18658491 | CHAMPLIN, CARLEY | ADDRESS ON FILE | | | |
| 18658492 | CITY OF HOUSTON | C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP | PO BOX 3064 | HOUSTON, TX 77253–3064 | |
| 18653928 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | Abernathy, Roeder, Boyd & Hullett, P.C. | 1700 Redbud Blvd., Suite 300 | McKinney, Texas 75069 | |
| 18658294 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR | Abernathy, Roeder, Boyd & Hullett, P.C. | 1700 Redbud Blvd., Suite 300 | McKinney, Texas 75069 | |
| 18658493 | COLORADO DEPARTMENT OF REVENUE | ATTN BANKRUPTCY | 1881 PIERCE ST, RM 104 | LAKEWOOD, CO 80214 | |
| 18658494 | CONG TY TNHH NOI THAT KIM LOAI T&L | ATTN MICHAEL FRAZIER | 45/15A DONG CHIEU QUARTER | TAN DONG HIEP WARD | DI AN TOWN, BD 75000 VIETNAM |
| 18658495 | CONSOLIDATED EDISON | ATTN BANKRUPTCY GROUP–EAG | 4 IRVING PL, 9TH FL | NEW YORK, NY 10003 | |
| 18658496 | CONSOLIDATED EDISON | ATTN SUZANNE KWON | 4 IRVING PL, 9TH FL | NEW YORK, NY 10003 | |
| 18658497 | COPYMASTERS PRINTING SERVICES INC | PO BOX 3738 | HICKORY, NC 28603 | | |
| 18658951 | Cathryn McCloskey | c/o Benjamin P. Parrot | 270 Saint Paul Street, Suite 200 | Denver, CO 80216 | |
| 18658370 | Chevon Dwiggins | 758 Ygnacio Woods Ct. | Concord, Ca    94518 | Concord, CA 94518 | |
| 18658498 | DANTON, DARRAGH | ADDRESS ON FILE | | | |
| 18658499 | DATASITE LLC | THE BAKER CENTER | 733 S MARQUETTE AVE, STE 600 | MINNEAPOLIS, MN 55402 | |
| 18658500 | DE LA GARZA, NATASHA AND MARIO | ADDRESS ON FILE | | | |

| | | |
|---|---|---|
| 18658962 | DEBRA SOLOMON AND DANIEL WEISSMAN | 18 east 12th street   APT 3C   NY, NY 10003-4460 |
| 18658502 | DOMAIN NORTHSIDE RETAIL PROPERTY OWNER | ATTN JAMES W GESKEY, MANAGING DIRECTOR   1819 WAZEE ST, 2ND FL   DENVER, CO 80202 |
| 18658501 | DOMAIN NORTHSIDE RETAIL PROPERTY OWNER | C/O LAW OFFICES OF KEVIN S NEIMAN PC   ATTN KEVIN S NEIMAN, ESQ   999 18TH ST, STE 1230 S   DENVER, CO 80202 |
| 18572997 | Dallas County | Linebarger Goggan Blair & Sampson, LLP   c/o John Kendrick Turner   2777 N. Stemmons Freeway   Suite 1000   Dallas, TX 75207 |
| 18576758 | David Wachter | 45 East 82nd Street   New York, NY 10028 |
| 18658333 | De Lage Landen Financial Services, Inc. | Attn: J. Paneghello   1111 Old Eagle School Road   Wayne, PA 19087 |
| 18658503 | EAST POST REALTY LLC | ATTN ALYSSA KELESHIAN   15 STALLION TRLS   GREENWICH, CT 06831 |
| 18658504 | FULTON COUNTY TAX COMMISSIONER | 141 PRYOR ST, STE 1106   ATLANTA, GA 30303 |
| 18658505 | FUREY, ERIC | ADDRESS ON FILE |
| 18658506 | FUSCO, KRISTIN | ADDRESS ON FILE |
| 18658507 | FUSCO, PATRIZIA | ADDRESS ON FILE |
| 18658508 | GAVITT, ELIZABETH | ADDRESS ON FILE |
| 18658509 | GLENDA GERTEISEN AND PATRICK FITZSIMMONS | ADDRESS ON FILE |
| 18658510 | GLOBAL TEXTILE ALLIANCE INC | 2361 HOLIDAY LOOP RD   REIDSVILLE, NC 27320 |
| 18658511 | GOREN, JO | ADDRESS ON FILE |
| 18658512 | GORI, DEAN | ADDRESS ON FILE |
| 18658513 | GREENE, CAROLINE | ADDRESS ON FILE |
| 18658514 | GU, JIACHEN | ADDRESS ON FILE |
| 18658515 | GUDIMELA, BHASKAR | ADDRESS ON FILE |
| 18658516 | HALCYON INTERIOR DESIGN LLC | 709 S WARNOCK ST   PHILADELPHIA, PA 19147 |
| 18658517 | HOLMES, ANGIE | ADDRESS ON FILE |
| 18658518 | HOUSE OF TURK LLC | 28 ASHLAWN CIR   MALVERN, PA 19355 |
| 18658519 | HOUSTON COMM COLL SYSTEM | C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP   PO BOX 3064   HOUSTON, TX 77253-3064 |
| 18658520 | HOUSTON ISD | C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP   PO BOX 3064   HOUSTON, TX 77253-3064 |
| 18658521 | HUDDLESTON, THOMAS | ADDRESS ON FILE |
| 18658714 | Hans Boas | 14319 Broadgreen   Houston, TX 77079 |
| 18590291 | Harlee Packaging Components Incorporated | 2715 Campground Road   Granite Falls, NC 28630 |
| 18658345 | Hue & Hem | 363 S Main Street Suite 100   Alpine UT 84004 , |
| 18658522 | INHOUSE CREATIVE/LORI & ROBERT GLASSMAN | ADDRESS ON FILE |
| 18658523 | INTERSTATE FOAM & SUPPLY INC | C/O ASHLEY A EDWARDS, ESQ   620 S TRYON ST, STE 800   CHARLOTTE, NC 28202 |
| 18658524 | IRWIN WEINER INTERIORS | 767 LEXINGTON AVE, STE 500   NEW YORK, NY 10065 |
| 18658525 | JACKSON, ERICA | ADDRESS ON FILE |
| 18658526 | JAMISON, JAYNE | ADDRESS ON FILE |
| 18658527 | JMT DESIGN/MAUREEN GILLESPIE | ADDRESS ON FILE |
| 18658846 | Jayne Jamison | 10 Atterbury Rd.   Southampton, NY 11968-4204 |
| 18658528 | KIM MOC JOINT STOCK COMPANY | 15/32/73 VO DUY NINH, WARD 22   BINH THANH DISTRICT   HO CHI MINH 700000 VIETNAM |
| 18658529 | KONTOS, NANCY | ADDRESS ON FILE |
| 18658530 | KUMAR-CHOUDHURY, ROLI | ADDRESS ON FILE |
| 18658531 | KUTH, LYDA | ADDRESS ON FILE |
| 18658945 | Karen John | 17900 N. Hayden Road   Scottsdale, AZ 85255 |
| 18658446 | Karen Krupnik and Alexander Zaharoff | 72 West Branch Road   Weston, CT 06883 |
| 18658713 | Kelley Boas | 14319 Broadgreen   Houston, TX 77079 |
| 18658935 | Kellie Chambliss | 4414 W. Lindbergh Way   Chandler, AZ 85226 |
| 18658532 | LASH, LINDA | ADDRESS ON FILE |
| 18658533 | LEPP, MICHELE | ADDRESS ON FILE |
| 18658534 | LEVY, SANDRA SUE | ADDRESS ON FILE |
| 18658535 | LIAN, XINRAN | ADDRESS ON FILE |
| 18658536 | LUSTIG, COSIMA JAMISON | ADDRESS ON FILE |
| 18658537 | MARICOPA COUNTY TREASURER | C/O MARICOPA COUNTY ATTORNEY'S OFFICE   ATTN PETER MUTHIG   225 W MADISON ST   PHOENIX, AZ 85003 |
| 18658538 | MASSACHUSETTS DEPARTMENT OF REVENUE | PO BOX 7090   BOSTON, MA 02204 |
| 18658539 | MOE, GRACE | ADDRESS ON FILE |
| 18658540 | MONAGHAN, JUNE | ADDRESS ON FILE |
| 18658727 | Margherita Albarello | c/o Golan Christie Taglia LLP   70 W. Madison St., Suite 1500   Chicago, IL 60602 |
| 18658978 | Molly Uhlir | 618 Park Avenue   RIVER FOREST, IL 60305-618 |
| 18658541 | NOURDEH, ALLEN | ADDRESS ON FILE |
| 18658542 | NOWOBILSKA, ANNA | ADDRESS ON FILE |
| 18658543 | NOWOBILSKA, ANNA | C/O LAW OFFICES OF MARTIN PTASINSKI PC   ATTN MARTIN PTASINSKI   8517 S ARCHER AVE, STE 1   WILLOW SPRINGS, IL 60480 |
| 18658940 | Natasha and Mario de la Garza | 12 Stonegate Drive   Houston, TX 77024 |
| 18658544 | OHIO DEPARTMENT OF TAXATION | PO BOX 530   COLUMBUS, OH 43216 |
| 18658545 | OLANDER, CATHRINE | ADDRESS ON FILE |
| 18658546 | OSSENBECK, ROBIN | ADDRESS ON FILE |
| 18658547 | PELZEL, TERRY | ADDRESS ON FILE |
| 18658548 | PHILLIPS, RYAN D | ADDRESS ON FILE |
| 18658549 | PLANO INDEPENDENT SCHOL DISTRICT | C/O PERDUE BRANDON FIELDER, ET AL   ATTN LINDA D REECE   1919 S SHILOH RD, STE 640, LB 40   GARLAND, TX 75042 |

| | | | | |
|---|---|---|---|---|
| 18658551 | PNC BANK, NATIONAL ASSOCIATION | ATTN JAY DANFORTH | 11405 N PENNSYLVANIA ST | CARMEL, IN 46032 |
| 18658550 | PNC BANK, NATIONAL ASSOCIATION | C/O BLANK ROME LLP | ATTN REGINA STANGO KELBON | ONE LOGAN SQ, 130 N 18TH ST    PHILADELPHIA, PA 19103 |
| 18658552 | PRETORO, GIUSTINO DI | ADDRESS ON FILE | | |
| 18658553 | PUBLIC SERVICE COMPANY | D/B/A XCEL ENERGY | PO BOX 9477 | MINNEAPOLIS, MN 55484 |
| 18658233 | Pinnacle Bank | 150 3rd Avenue S. STE 900 | Nashville, TN 37201 | |
| 18602647 | RAAM Logistics, LLC | 2760 SPRING VALLEY DRIVE | CREEDMOOR, NC 27522 | |
| 18658554 | RELLES, MARY | ADDRESS ON FILE | | |
| 18658555 | RETTENMIER, MONICA | ADDRESS ON FILE | | |
| 18658556 | RODE, LISA | ADDRESS ON FILE | | |
| 18658557 | ROSSI, MARGUERITE & PAUL | ADDRESS ON FILE | | |
| 18658780 | Robert and Meredith Kaulbach | 53 Howard St. | South Hamilton, MA 01982 | |
| 18658558 | SAN MARCOS CISD | C/O LINEBARGER GOGGAN BLAIR & SAMPSON | PO BOX 17428 | AUSTIN, TX 78760–7428 |
| 18658559 | SARRO, SUSAN | ADDRESS ON FILE | | |
| 18658560 | SCOTT, JOHN H | ADDRESS ON FILE | | |
| 18658561 | SCOVEL, MOLLY LYNN | ADDRESS ON FILE | | |
| 18658562 | SCULLY, MARGARET | ADDRESS ON FILE | | |
| 18658563 | SECOND PARAMUS ASSOCIATES LLC | ATTN DONALD W CLARKE, ESQ | 494 BROAD ST | NEWARK, NJ 07102 |
| 18658564 | SECOND PARAMUS ASSOCIATES LLC | ATTN NICHOLAS A LAGANELLA | 1 KALISA WAY, STE 301 | PARAMUS, NJ 07652 |
| 18658565 | SERLE, JANET | ADDRESS ON FILE | | |
| 18658566 | SHARP, KRISTIN AND DAVID | ADDRESS ON FILE | | |
| 18658568 | SHAVERDIAN, CARMEN | ADDRESS ON FILE | | |
| 18658567 | SHAVERDIAN, CARMEN | C/O ARTIN SHAVERDIAN | 777 S FIGUEROA ST, 34TH FL | LOS ANGELES, CA 90017 |
| 18658569 | SHERRILL FURNITURE | PO BOX 189 | HICKORY, NC 28603 | |
| 18658570 | SOELCH, RICHARD | ADDRESS ON FILE | | |
| 18602631 | SOUTHEASTERN FREIGHT LINES | PO BOX 1691 | COLUMBIA, SC 29202 | |
| 18658571 | STANKOVA, TANIA | ADDRESS ON FILE | | |
| 18658572 | STIKELEATHER, LISA | ADDRESS ON FILE | | |
| 18658573 | SURYA CARPTES LLC | 1 SURYA DR | WHITE, GA 30184 | |
| 18642443 | San Marcos CISD | c/o Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | P.O. Box 17428    Austin, TX 78760 |
| 18658328 | Studio 1200 LLC | 511 Millburn Avenue | Short Hills, NJ 07078–511 | |
| 18658574 | THELMAN, FRANCINE | ADDRESS ON FILE | | |
| 18658575 | THREADS INTERIORS | 779 NAVIGATORS RUN | MOUNT PLEASANT, SC 29464 | |
| 18658576 | TK ELEVATOR CORP | C/O LAW OFFICE OF D PARK SMITH | 250 CHERRY SPRINGS RD, STE 200 | HUNT, TX 78024 |
| 18658577 | TOMBERLIN, RICHARD | ADDRESS ON FILE | | |
| 18658578 | TRACE REFLECTIONS LLC | 831 DRIFTWOOD POINT RD | SANTA ROSA BEACH, FL 32459 | |
| 18658580 | TRANSPORTATION INSIGHT LLC | ATTN STEPHEN L PALMER | 310 MAIN AVENUE WAY SE | HICKORY, NC 28602 |
| 18658579 | TRANSPORTATION INSIGHT LLC | C/O BELL DAVIS & PITT PA | ATTN DANIEL C BRUTON | PO BOX 21029    WINSTON–SALEM, NC 27104 |
| 18572734 | Tarrant County | Linebarger Goggan Blair & Sampson, LLP | c/o John Kendrick Turner | 2777 N. Stemmons Freeway    Suite 1000    Dallas, TX 75207 |
| 18573008 | Tarrant County | Linebarger Goggan Blair & Sampson, LLP | c/o John Kendrick Turner | 2777 N. Stemmons Freeway    Suite 1000    Dallas, TX 75207 |
| 18570611 | The County of Hays, Texas | c/o McCreary, Veselka, Bragg & Allen | P.O. Box 1269 | Round Rock, TX 78680–1269 |
| 18658224 | Tribe Interior Design | PO Box 3292 | Telluride, CO 81435 | |
| 18658581 | VENTURA COUNTY TAX COLLECTOR | ATTN BANKRUPTCY | 800 S VICTORIA AVE | VENTURA, CA 93009–1290 |
| 18658582 | WILLIS, CREIGHTON | ADDRESS ON FILE | | |
| 18658583 | WINDUS, DEBRA | ADDRESS ON FILE | | |
| 18658584 | ZHENG, XIN | ADDRESS ON FILE | | |
| 18658585 | ZWEP INC | C/O PHILIPS & ANGLEY | ATTN JEFFREY J PHILLIPS, ESQ | ONE WASHINGTON MALL, 7TH FL    BOSTON, MA 02108 |

TOTAL: 253