## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| THE MITCHELL GOLD CO., LLC, *et al.,*[1] | Case No. 23-11385 (LSS) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Joint Limited Objection of Merchant E-Solutions, Inc. and American Express Travel Related Services Company Inc. to Certification of Counsel Regarding Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A. and The Stephens Group LLC Regarding Furniture Delivery Protocol* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, An additional service was completed via electronic mail upon the parties on the attached service list.

/s/ *Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)

---

[1] The Debtors in these chapter 7 cases, along with the Debtors' federal tax identification numbers are: The Mitchell Gold Co., LLC (8942) and SG-TMGC, LLC (0248). The Debtors' addresses are, respectively, 135 One Comfortable Place, Taylorsville, North Carolina 28681 and P.O. Box 3417, Little Rock, Arkansas 72203.

16370454/1
16370454/1

**Service List**

| | |
|---|---|
| John T. Carroll, III , Esq.<br>COZEN O'CONNOR<br>Simon E. Fraser (DE No. 5335)<br>1201 N. Market St., Suite 1001<br>Wilmington DE 19801<br>jcarroll@cozen.com<br>sfraser@cozen.com<br><br>*Counsel to Ryder Last Mile, Inc.* | Regina Stango Kelbon, Esq<br>Stanley B. Tarr, Esq.<br>John Lucian, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>john.lucian@blankrome.com<br><br>*Consuel to PNC Bank, NA.* |
| J. Cory Falgowski, Esq.<br>BURR & FORMAN LLP<br>222 Delaware Avenue, Suite 1030<br>Wilmington, DE 19801<br>jfalgowski@burr.com<br><br>*Counsel to The Stephens Group, LLC* | George L. Miller, Esq.<br>Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110<br>gmiller@mctllp.com<br><br>*Chapter 7 Trustee* |