**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| THE MITCHELL GOLD CO., LLC, *et al.*[1] | : | Case No. 23-11385-LSS |
| | : | |
| | : | (*Jointly Administered*) |
| Debtor. | : | |
| | : | |

**NOTICE OF AGENDA FOR HEARING**
**SCHEDULED FOR OCTOBER 26, 2023 AT 1:30 P.M.**

**This hearing will be conducted in-person.  Any exceptions must be approved by chambers.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than October 26, 2023, at 8:00 a.m.**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-mrqj4rEyrdmX-znWs960chxdNCWKs**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

I.    **MATTERS GOING FORWARD**:

1.    Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (d) to Permit PNC to Exercise Rights and Remedies, or, in the Alternative, Adequate Protection Under 11 U.S.C. Sections 361 and 363 (e) [Filed 9/19/23- D.I. 87].

Response Deadline:  September 25, 2023 at 4:00 p.m. ET.

Responses Received:

    a.    Joint Objection of Texas Taxing Authorities to Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (d) to Permit PNC to Exercise Rights

---

[1] The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers are: The Mitchell Gold Co., LLC (8942) and SG-TMGC, LLC (0248). The Debtors' addresses are, respectively, 135 One Comfortable Place, Taylorsville, North Carolina 28681 and P.O. Box 3417, Little Rock, Arkansas 72203.

and Remedies, or, in the Alternative, Adequate Protection Under 11 U.S.C. Sections 361 and 363 (e) - [Filed 9/25/23- D.I. 108].

b.  Objection to Motion of PNC Bank, National Association for Relief from the    Automatic Stay Under 11 U.S.C. Section 362 (d) to Permit PNC to Exercise Rights and Remedies, or, in the Alternative, Adequate Protection Under 11 U.S.C. Sections 361 and 363 (e) filed by Maricopa County Treasurer. [Filed 10/6/23- D.I. 189].

c.  Debtors' Preliminary Objection to Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (d) to Permit PNC to Exercise Rights and Remedies, or, in the Alternative, Adequate Protection Under 11 U.S.C. Sections 361 and 363 (e) - [Filed 10/6/23- D.I. 190].

d.  Reply of PNC Bank, National Association to Debtors' Preliminary Objection to Motion of PNC Bank, National Association for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (d) to Permit PNC to Exercise Rights and Remedies, or, in the Alternative, Adequate Protection Under 11 U.S.C. Sections 361 and 363 (e) – [Filed 10/23/23-D.I. 238].

Status:  This matter is going forward as scheduled.  The parties are working toward a potential resolution.  In the event a resolution is reached, a proposed form of agreed order will be submitted to the Court under Certification of Counsel.

2.  Status Conference.

Related Documents:

a.  Certification of Counsel Regarding Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A. and The Stephens Group, LLC Regarding Furniture Delivery Protocol filed by Ryder Last Mile, Inc. – Filed 10/20/23- D.I. 235].

b.  Joint Limited Objection of Merchant E-Solutions, Inc. and American Express Travel Related Services Company, Inc. to Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A. and The Stephens Group, LLC Regarding Furniture Delivery Protocol filed by Ryder Last Mile, Inc. – Filed 10/20/23- D.I. 237].

Status:  This matter will go forward as a Status Conference.

## II.    **MATTERS NOT GOING FORWARD**:

1.  Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Seal Certain Personally Identifiable Information for Customers, Creditors, and Parties in Interest and (II) Granting Related Relief – [Filed 9/19/23- D.I. 87].

Response Deadline:  October 3, 2023 at 4:00 p.m. ET.

Responses Received:  None.

Status:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

2.      Application to Retain Timothy A. Stump & Company as Investment Banker to the Debtors [Filed 9/21/23- D.I 98.].

Response Deadline:  October 5, 2023 at 4:00 p.m. ET.

 Responses Received:  None.

Status:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

3.      Application to Retain Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel [Filed 10/5/23- D.I. 173].

Response Deadline:  October 19, 2023 at 4:00 p.m. ET.

 Responses Received:  None.

Status:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

4.      Application to Retain Rose Law Firm as Special Corporate Counsel [Filed 10/5/23- D.I. 174].

Response Deadline:  October 19, 2023 at 4:00 p.m. ET.

 Responses Received:  None.

Status:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

5.      Application to Retain Rose Law Firm as Special Corporate Counsel [Filed 10/5/23- D.I. 174].

Response Deadline:  October 19, 2023 at 4:00 p.m. ET.

 Responses Received:  None.

Status:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

6.      Application to Retain Rayburn, Cooper & Durham, P.A. as Bankruptcy Co-Counsel [Filed 10/5/23- D.I. 175].

Response Deadline:  October 19, 2023 at 4:00 p.m. ET.

 Responses Received:  None.

Status:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

7.     Application to Epiq Corporate Restructuring, LLC as Administrative Advisor [Filed 10/5/23- D.I. 176].

    <u>Response Deadline</u>:  October 19, 2023 at 4:00 p.m. ET.

    <u>Responses Received</u>:  None.

    <u>Status</u>:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

8.     Application to Riveron Management Services, LLC [Filed 10/5/23- D.I. 177].

    <u>Response Deadline</u>:  October 19, 2023 at 4:00 p.m. ET.

    <u>Responses Received</u>:  None.

    <u>Status</u>:  This case was converted to Chapter 7 by Order dated October 6, 2023 at D.I. 194.  This matter will not be going forward.

Dated:  October 24, 2023        **CIARDI CIARDI & ASTIN**
       Wilmington, Delaware


        <u>/s/ *Daniel K. Astin*</u>
        Daniel K. Astin (No. 4068)
        1204 N. King Street
        Wilmington, Delaware 19801
        Tel:  (302) 384-9451
        <u>dastin@ciardilaw.com</u>

        - and -

        Albert A. Ciardi, III, Esq.
        Walter W. Gouldsbury, III, Esq.
        1905 Spruce Street
        Philadelphia, PA 19103
        Tel:  (215) 557-3550
        Fax:  (215) 557-3551
        <u>aciardi@ciardilaw.com</u>
        <u>wgouldsbury@ciardilaw.com</u>

        *Proposed Counsel to Chapter 7 Trustee*