September 22, 2023

**Re: Mitchell Gold & Bob Williams U.S Bankruptcy Court (Bankruptcy Petition 23-11385)**

To whom it may concern:

I was advised to reach out to you by Linda Casey, the United States Trustee for the above referenced bankruptcy petition, regarding furniture that I ordered and paid for, *in full*, on January 14, 2023. Please see attached paid-in-full receipts.

The items that were ordered from Mitchell Gold & Bob Williams were:
- Six (6) Keane Dining Chairs  ($6,900 for all six chairs)
- Four (4) Margaux Counter Stools ($6,620 for all four chairs)

All ten chairs had a lifetime warranty. As the receipt will show, I paid a grand total of $16,341.20. This included labor, materials, cutting fees, custom fabric, lifetime warranties, designer fees and tax.

On July 31, 2023 Ryder System delivered my order # S000566448 of all ten chairs mentioned above.

Upon the initial quick inspection, two (2) of the dining chairs and one (1) counter stool were found to have minor issues with either the fabric and/or frame. **They were returned for *repair only*.** Ryder systems reloaded the following <u>fully paid for</u> items of mine to be sent back just for minor repairs:

- My two (2) Keane Dining Chairs
- My one (1) Margaux Counter Stool

All three chairs *are* labeled with my name on them and were supposed to be going to North Carolina. Instead, they never left Ryder System's possession. They are currently located at:

Ryder Systems Inc.
18640 Dix-Toledo Hwy. Ste 430
Brownstown, Michigan
Ryan Brake, Senior Logistics Manager 734-301-6742

About ten days ago, my husband Mark, actually went to Brownstown and met with Ryan Brake, who showed him our three chairs. **These chairs are not part of the debtor's inventory** and again, the debtor received full payment.

Please help me get the three chairs released from Ryder, so I can get my chairs back as they are part of a "set" and are completely useless to anyone else. I will seek out my own repairs for the two dining chairs and one counter stool. Ryder warehouse is holding them with my name on them.

Attached are the relevant documents confirming my purchase and Ryder's possession of the chairs.

If you require any further information, please contact me. Thank you for your assistance with this matter.

Sincerely,

/s/
Lorna Raukar
2506 Garland
Sylvan Lake, MI 48320
Raukar@comcast.net
586-556-0801



# INVOICE

**JACQUELINE McGRAW**
2 W. Kaler Dr.
Phoenix, AZ 85021
248-842-6080
jmcgrawE5@gmail.com

INVOICE #1276

**DATE:** January 30, 2023
**PROJECT:** Raukar

| Qty | Description | Price | Amount |
|---|---|---|---|
| 6 | Keane Dining Chairs in Performance Weave Color: Denim Walnut finish #4 (28% off) | $1150.00 ea | $6900.00 |
| 4 | Margaux Swivel Counter Height chairs Walnut finish #4 Front and seat in Performance Weave Color: Denim Back only in COM Norcross Cobalt 2 Yards each fabric (retail per yard $202.00) | $1330.00 ea $175.00 for 2 yards $150.00 ea | $6620.00 |
|  | COM fee from MG + BW | $100 ea | $1000.00 |
| 10 | Warranty from MG+BW | tax. | $ 871.20 |
|  | Design consultation: |  | $ 950.00 |
|  | **TOTAL DUE:** |  | **$16,341.20** |

paid 3114 mfs
e-9-23

Please remit payment to:
Jacqueline McGraw
2 W. Kaler Dr
Phoenix, AZ 85021

AURELWOOD DESIGN

**Lawrence P. Schweitzer**

**From:** Lorna Raukar <raukar@comcast.net>
**Sent:** Friday, September 22, 2023 4:11 PM
**To:** LPS@LPSchweitzer.com
**Subject:** Fwd: Mitchell Gold Order

Sent from my iPad

Begin forwarded message:

> **From:** Lorna Raukar <raukar@comcast.net>
> **Date:** September 14, 2023 at 6:08:10 PM EDT
> **To:** Jacqueline McGraw <jmcgrawe25@gmail.com>
> **Subject: Fwd: Mitchell Gold Order**
>
> From Ryder.
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** "mraukar lvhomes.net" <mraukar@lvhomes.net>
>> **Date:** September 14, 2023 at 5:48:59 PM EDT
>> **To:** Lorna Raukar <raukar@comcast.net>
>> **Subject: Fwd: Mitchell Gold Order**
>>
>> FYI
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Ryan Brake <Ryan_Brake@ryder.com>
>>> **Date:** September 14, 2023 at 2:10:16 PM EDT
>>> **To:** "mraukar lvhomes.net" <mraukar@lvhomes.net>
>>> **Subject: Mitchell Gold Order**
>>>
>>> Good afternoon, Mark.
>>> Regarding the items in question, our legal team has been working diligently to release his and other customers products as fast as we can. Presently, the Judge has not authorized the release of inventory; therefore, we are not permitted to release anything from our Hubs. We continue to await authorization from the bankruptcy court, and upon receipt of same, we will proceed in accordance with that authorization.

1