IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE MITCHELL GOLD CO., LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-11385 (LSS)<br><br>(Jointly Administered)<br><br>**Related Doc. Nos. 270, 271** |

**ORDER GRANTING RYDER'S MOTION TO SHORTEN NOTICE PERIOD
AND SCHEDULE EXPEDITED HEARING REGARDING MOTION OF RYDER LAST
MILE, INC. FOR APPROVAL OF STIPULATION BETWEEN RYDER LAST MILE,
INC., TRUSTEE, PNC BANK, N.A., THE STEPHENS GROUP, LLC, MERCHANT
eSOLUTIONS, INC. AND AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC. REGARDING FURNITURE DELIVERY PROTOCOL**

Upon the Motion of Ryder Last Mile, Inc. ("Ryder") for entry of an order shortening the notice period and scheduling an expedited hearing (the "Motion to Shorten")[2] to consider the *Motion of Ryder Last Mile, Inc. for Approval of Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A., The Stephens Group, LLC, Merchant eSolutions, Inc. and American Express Travel Related Services Company, Inc. Regarding Furniture Delivery Protocol* (the "Motion"); and upon consideration of the Motion to Shorten and all pleadings related thereto; and it appearing that the Bankruptcy Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. § 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due, and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion to Shorten is **GRANTED**.

---

[1] The "Debtors" in these jointly administered chapter 7 cases pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") are The Mitchell Gold Co., LLC, Case No. 23-11385 and SG-TMGC, LLC, Case No. 23-11364.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

66706034\3

2.      A hearing to consider the relief requested in the Motion shall be held on **November 15, 2023 at 10:00 a.m. (EST)** before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware.

3.      Objections, if any, to the Motion will be heard at the hearing.

4.      Immediately upon the entry of this Order, Ryder shall serve a copy of this Order, as well as a copy of the Motion, upon the Notice Parties via U.S. Mail and via electronic mail, if known. Such service shall constitute adequate notice of the relief requested in the Motion, and date and time for the hearing thereon.

**Dated: November 7th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

2

66706034\3