# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE MITCHELL GOLD CO., LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-11385 (LSS)<br><br>(Jointly Administered)<br><br>**Related Doc. No. 270, 271, 272** |

**CERTIFICATE OF SERVICE REGARDING MOTION OF RYDER LAST MILE, INC. FOR APPROVAL OF STIPULATION BETWEEN RYDER LAST MILE, INC., TRUSTEE, PNC BANK, N.A., THE STEPHENS GROUP, LLC, MERCHANT eSOLUTIONS, INC. AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. REGARDING FURNITURE DELIVERY PROTOCOL**

I, John T. Carroll, III, counsel to Ryder Last Mile, Inc. ("Ryder"), hereby certify that on November 6, 2023 and November 7, 2023 the following pleadings (collectively, the "Pleadings") were electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"):

1. Motion of Ryder Last Mile, Inc. for Approval of Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A., The Stephens Group, LLC, Merchant eSolutions, Inc. and American Express Travel Related Services Company, Inc. Regarding Furniture Delivery Protocol [Filed 11/6/2023; Docket No. 270] (the "Motion").

2. Ryder's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Motion of Ryder Last Mile, Inc. for Approval of Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A., The Stephens Group, LLC, Merchant eSolutions, Inc. and American Express Travel Related Services Company, Inc. Regarding Furniture Delivery Protocol [Filed 11/6/2023; Docket No. 271] (the "Motion to Shorten").

3. Order Granting Ryder's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Motion of Ryder Last Mile, Inc. for Approval of Stipulation Between Ryder Last Mile, Inc., Trustee, PNC Bank, N.A., The Stephens Group, LLC, Merchant eSolutions, Inc. and American Express Travel Related Services Company, Inc. Regarding Furniture Delivery Protocol [Filed 11/7/2023; Docket No. 272] (the "Order").

---

[1] The "Debtors" in these jointly administered chapter 7 cases pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") are The Mitchell Gold Co., LLC, Case No. 23-11385 and SG-TMGC, LLC, Case No. 23-11364.

Notice of filing the Pleadings was provided by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on November 7, 2023, I caused a copy of the Pleadings to be served via U.S. First Class Mail and via Email on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on November 7, 2023, I caused of copy of the Pleadings to be served to all End-Customers, as defined in the Motion, via U.S. First Class Mail and via Email, if known.  Ryder in this Certificate of Service is not disclosing the names, mailing addresses and email addresses of the End-Customers for privacy reasons.  Ryder will provide a list of the End-Customers to the Court upon request.

Dated: November 10, 2023         COZEN O'CONNOR
       Wilmington, Delaware

By: */s/ John T. Carroll, III*
    John T. Carroll, III (DE No. 4060)
    1201 N. Market Street
    Suite 1001
    Wilmington, DE  19801
    (302) 295-2028 Phone
    (302) 295-2013 Fax No.
    jcarroll@cozen.com

*Counsel to Ryder Last Mile, Inc.*

# EXHIBIT "A"

**The Mitchell Gold Co., LLC**
**Case No. 23-11385 (LSS)**

**Service List:**
**[Doc. No. 272] Order Granting Ryder's Motion to Shorten Notice Period**
**[Doc. No. 270] Motion to Approve Stipulation Regarding Furniture Delivery Protocol**
**[Doc. No. 271] Motion to Shorten**

| | |
|---|---|
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>Wilmington, DE 19801<br>**Counsel to the Debtor** | *End-Customers*<br><br>Ryder served a copy of the Pleadings to all End-Customers via U.S. Mail and also via Email, if known.   Ryder is not disclosing the names, mailing addresses and email addresses of the End-Customers for privacy reasons.   Ryder will provide a list of the End-Customers to the Court upon request. |
| Daniel K. Astin<br>Ciardi, Ciardi & Astin<br>1204 N. King Street<br>Wilmington, DE 19801<br>**Counsel to the Trustee**<br>dastin@ciardilaw.com | Albert A. Ciardi, III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>**Counsel to the Trustee**<br>Aciardi@ciardilaw.com |
| Regina Stango Kelbon<br>Stanley B. Tarr<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>**Counsel to PNC Bank, National Association**<br>regina.kelbon@blankrome.com | John E. Lucian<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>**Counsel to PNC Bank, National Association**<br>john.lucian@blankrome.com |
| J. Cory Falgowski, Esquire<br>Burr & Forman LLP<br>222 Delaware Avenue, Suite 1030<br>Wilmington, DE 19801<br>**Counsel to The Stephens Group, LLC**<br>JFalgowski@burr.com | Richard L. Schepacarter, Esquire<br>Office of the U.S. Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Richard.Schepacarter@usdoj.gov |

Frank N. White, Esq.
Arnall Golden Gregory LLP
171 17th Street N.W., Suite 2100
Atlanta, Georgia 30363
***Counsel to Merchant eSolutions, Inc.***
***American Express Travel Related Services Company, Inc.***
**frank.white@agg.com**

Carl N. Kunz, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
***Counsel to Merchant eSolutions, Inc.***
***American Express Travel Related Services Company, Inc.***
**CKunz@morrisjames.com**

Kristen N. Pate Brookfield Properties
Retail Inc., as Agent
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

County of Hays, Texas
Julie Anne Parsons
McCreary, Veselka, Bragg, & Allen, P.C.
P.O. Box 1269
Round Rock, TX78680-1269

LCN MGB Taylorsville (NC) LLC
Eric Lopez Schnabel, Esq.
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue Suite 1010
Wilmington, DE 19801

Rachel P. Stoian, Esq.
Dorsey & Whitney LLP
167 Hamilton Ave. Ste. 200
Palo Alto, CA 94301

Dallas County, Texas
Tarrant County, Texas
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

City of Houston
Houston Comm Coll System
Houston ISD
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Kenmare Retail Associates, LLC
Charles E. Boulbol
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, New York 10004

| | |
|---|---|
| Need It Now Delivers, LLC<br>Shane G. Ramsey<br>Nelson Mullins Riley & Scarborough, LLP<br>150 Fourth Avenue North, Suite 1100<br>Nashville, Tennessee 37219 | Domain Northside Retail Property Owner, LP<br>Bielli & Klauder, LLC<br>David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801 |
| Law Offices Of Kevin S. Neiman, PC<br>Kevin S. Neiman 999<br>18th Street, Suite 1230<br>Denver, CO 80202 | |
| Dustin P. Branch, Esquire<br>Nahal Zarnighian, Esquire<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, California 90067-2915 | 1526 14th Street Owner, LLC<br>Centennial Waterfall Willow Bend, LLC<br>Scottsdale Fashion Square LLC<br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street 11th Floor<br>Wilmington, Delaware 19801-3034 |
| Derek Meek, Esquire<br>Jeffrey T. Baker, Esquire<br>Graham H. Stieglitz, Esquire<br>Burr & Forman LLP<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203 | The Mitchell Group, LLC<br>Proposed Special Litigation Counsel<br>Lowenstein Sandler LLP<br>Michael S. Etkin, Esq.<br>Michael A. Kaplan, Esq.<br>Colleen M. Restel, Esq.<br>Rasmeet K. Chahil, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068 |
| Lowenstein Sandler LLP<br>Erica G. Mannix, Esq.<br>1251 Avenue of the Americas, 17th Floor<br>New York, NY 10020 | ZWEP, Inc.<br>Julia B. Klein<br>Klein LLC<br>225 West 14th Street Suite 100<br>Wilmington, Delaware 19801 |

| | |
|---|---|
| Jeffrey J. Phillips, Esq.<br>Phillips & Angley<br>One Washington Mall<br>7th Floor<br>Boston, MA 02108 | The Texas Comptroller of Public Accounts<br>Revenue Accounting Division Texas<br>Courtney J. Hull<br>Assistant Attorney General<br>Attorney General's Office Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Official Committee of Unsecured Creditors<br>Cole Schotz P.C.<br>Justin R. Alberto, Esq.<br>Stacy L. Newman, Esq.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Cole Schotz P.C.<br>Sarah A. Carnes, Esq.<br>1325 Avenue of the Americas, 19th Fl.<br>New York, NY 10019 |
| 4085 Westheimer Holdings Ltd.<br>Schlanger Silver LLP<br>Brett L. Slobin, Esq.<br>Julia A. Cook, Esq. (Of Counsel)<br>109 N. Post Oak Lane, Suite 300<br>Houston, Texas 77024-7755 | 4085 Westheimer Holdings Ltd.<br>Ashby & Geddes, P.A.<br>Ricardo Palacio<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19801 |
| LPC Chicago LLC<br>Vedder Price P.C.<br>1633 Broadway, 31st Floor<br>New York, New York 10019<br>Attention: Michael L. Schein | My Align Design, Inc.<br>Barbara L. Yong, Esq.<br>Golan Christie Taglia LLP<br>70 W. Madison Street, Suite 1500<br>Chicago, IL 60602 |
| Plano ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>1919 S. Shilohh Road, Suite 640, LB 40<br>Garland, Texas 75042 | San Marcos CSID<br>Inebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 |

| | |
|---|---|
| Leaf Capital Funding, LLC<br>Aaron L. Hammer<br>Horwood Marcus & Berk Chartered<br>500 W. Madison Street, Suite 3700<br>Chicago, Illinois 60661 | American West Worldwide Express<br>Jonathan M. Stemerman, Esquire<br>Armstrong Teasdale LLP<br>1007 N. Market Street, 3rd Floor<br>Wilmington, DE 19801 |
| Tiger Capital Group, LLC<br>B. Riley Retail Solutions, LLC<br>Potter Anderson & Corroon LLP<br>Jeremy W. Ryan<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 | Maricopa County Treasurer<br>Maricopa County Attorney's Office<br>225 W. Madison Street<br>Phoenix, AZ 85003 |
| Collin County, Texas, Tax Assessor/Collector<br>Paul M. Lopez<br>Larry R. Boyd<br>Emily M. Hahn<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd, Ste. 300<br>McKinney, Texas 75069 | Brookfield Properties Retail, Inc.<br>Leslie C. Heilman, Esquire<br>Laurel D. Roglen, Esquire<br>Nicholas J. Brannick, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034 |
| John Seibert<br>Erin Patterson<br>c/o Patrick R. Barrow<br>Clough Atkinson, Hamill & Barrowclough, P.C.<br>3550 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85012 | Travis County<br>Delia Garza<br>Jason A. Starks<br>Assistant County Attorney<br>P.O. Box 1748<br>Austin, TX 78767 |
| South Coast Plaza<br>Caroline R. Djang, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 | Babbette Ison Designs<br>c/o Wendy L. Slavkin, Esq.<br>Law Offices Of Wendy L. Slavkin<br>11707 Sunset Boulevard, Suite 24<br>Los Angeles, CA 90049 |

| | |
|---|---|
| Karen (Chetrit) Abergel<br>382 Central Park West,<br>Apt. 16P<br>New York, New York 10025 | Carlton Fields, LLP<br>Attn: Robert P. Friedman, Esq.<br>2029 Century Park East, Suite 1200<br>Los Angeles, California 90067 |