**Christopher P. Damianos**
**2777 Gulf Shore Blvd N, #8n**
**Naples, Florida 34103**



December 13, 2023

Chief Judge Laurie Selber Silverstein
824 North Market Street
6th floor
Wilmington, DE 19801

Dear Judge Silverstein,

I wrote to you earlier this year regarding fully paid for and undelivered furniture from Mitchell Gold. Despite my efforts, my furniture is still undelivered. My efforts have included contact (written or oral) with numerous law firms, delivery companies and many others to resolve this issue.

As my furniture will not be delivered, I have made other arrangements for furniture. I have received a refund from my credit card company which I consider settlement for non-delivery and breach of contract. I have closely tracked the legal process and thank you for your efforts.

Sincerely,

*Chris Damianos*

CC:
George Miller
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd
Philadelphia, PA. 19103